**UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| IN RE APPLICATION OF ZOUZAR BOUKA;  ) <br> VISION INDIAN OCEAN S.A.;  ) <br> AND VIMA REAL ESTATE S.A.R.L.  ) <br> FOR AN ORDER DIRECTING DISCOVERY FROM  ) <br> SYMBION POWER SERVICES U.S., INC.;  ) <br> SYMBION POWER LLC;  ) <br> SYMBION POWER HOLDINGS LLC;  ) <br> SYMBION POWER AFRICA, LLC;  ) <br> SYMBION ENERGY HOLDINGS LTD.; AND  ) <br> PAUL HINKS  ) <br> PURSUANT TO 28 U.S.C. § 1782  ) <br> _____ ) | Case No. 22 Misc.  _____ |

### *EX PARTE* APPLICATION AND PETITION FOR AN ORDER TO CONDUCT DISCOVERY FOR USE IN A FOREIGN PROCEEDING PURSUANT TO 28 U.S.C. § 1782

Upon the concurrently filed Declarations of Zouzar Bouka, Frederika Banks Andrianzanatany, Alexandre Malan, and Kimberly Gulino, the exhibits annexed thereto, and the concurrently filed memorandum of law, and upon all pleadings and proceedings had herein, Applicants Zouzar Bouka, Vision Indian Ocean S.A., and VIMA Real Estate S.A.R.L. respectfully apply to this Court for an *ex parte* order pursuant to 28 U.S.C. § 1782 permitting Applicants to serve subpoenas for the production of documents and deposition testimony in substantially the form attached as Exhibits 1-12 to this Application, upon Respondents Symbion Power Services U.S., Inc.; Symbion Power LLC; Symbion Power Holdings LLC; Symbion Power Africa, LLC; Symbion Energy Holdings Ltd.; and Paul Hinks, and for such other and further relief as this Court may deem just and proper.

As set forth in the accompanying memorandum of law, Applicants demonstrate that each of the threshold requirements of Section 1782 are satisfied and the factors that guide this Court's

discretion strongly favor granting leave to serve the subpoenas. Accordingly, this Court should grant leave to serve the subpoenas.

Dated: March 24, 2022                    Respectfully submitted,

                                        /s/ Robert W. Mockler_____
                                        Robert W. Mockler
                                        rmockler@steptoe.com
                                        STEPTOE & JOHNSON LLP
                                        1114 Avenue of the Americas
                                        New York, New York  10036-7703
                                        Telephone:      212 506 3900
                                        Facsimile:      212 506 3950