# EXHIBIT 7

**Mandroseza Summary**
**Cash flow analysis**          **Current position as at 31 March 2019**

| Summary | Total |
|---|---|
| | |
| Receipts | US$ |
| Alpha | 6,000,000.00 |
| Jirama | 17,441,682.38 |
| **Total receipts** | **23,441,682.38** |
| | |
| Payments | |
| | |
| Mada expenses paid offshore | 6,795,507.89 |
| ESAH loan return | 4,200,000.00 |
| ESAH Overheads | 180,800.00 |
| Symbion overheads | 680,000.00 |
| Mada expenses paid onshore | 7,383,809.97 |
| **Total payments** | 19,240,117.86 |
| | |
| Balance as it should be | **4,201,564.53** |
| | |
| **Bank balance as at 31 March 2019 (As it is)** | 28,763.00 |
| | |
| **Symbion debt to Mandroseza (Shortfall)** | **(4,172,801.53)** |

| Paid offshore | US$ |
|---|---|
| | |
| Equip | 4,158,805.65 |
| Salaries | 1,798,585.00 |
| exps (See tabs) | 519,128.24 |
| Shipping, cust & clearing | 318,989.00 |
| **Total exc overheads** | **6,795,507.89** |
| ESAH loan return | 4,200,000.00 |
| ESAH Overheads | 180,800.00 |
| Symbion overheads | 680,000.00 |
| **Total inc. overheads** | **11,856,307.89** |
| | |
| Paid onshore | |
| | |
| Salaries | 1,387,703.54 |
| VIMA | 1,169,650.21 |
| Lube oil | 1,081,524.42 |
| Shipping, cust & clearing | 1,080,811.64 |
| Equipment | 728,979.86 |
| Professional fees | 450,250.81 |

| | |
|---|---|
| Travel & accommodation | 396,766.36 |
| Insurance | 275,098.74 |
| Rennovations | 189,864.49 |
| Security | 145,064.04 |
| Bank fees | 110,496.31 |
| Taxes | 86,628.88 |
| Consumables | 64,513.49 |
| Tools | 52,140.14 |
| Conferences | 36,820.25 |
| Other exps | 127,496.78 |
| **Total** | **7,383,809.97** |

*34 months x US$20,000



**JIRAMA current payment plan**

| Week ending | Receipts | Invoice | Balance US$ |
|---|---|---|---|
| | | | **3,022,326.28** |
| | | | 3,022,326.28 |
| 26-Apr-19 | 250,000.00 | | 2,772,326.28 |
| 3-May-19 | 250,000.00 | 797,894.95 | 3,320,221.23 |
| 10-May-19 | 250,000.00 | | 3,070,221.23 |
| 17-May-19 | 250,000.00 | | 2,820,221.23 |
| 24-May-19 | 250,000.00 | | 2,570,221.23 |
| 31-May-19 | 250,000.00 | 797,894.95 | 3,118,116.18 |
| 7-Jun-19 | 250,000.00 | | 2,868,116.18 |
| 14-Jun-19 | 250,000.00 | | 2,618,116.18 |
| 21-Jun-19 | 250,000.00 | | 2,368,116.18 |
| 28-Jun-19 | 250,000.00 | | 2,118,116.18 |
| 5-Jul-19 | 250,000.00 | 797,894.95 | 2,666,011.14 |
| 12-Jul-19 | 250,000.00 | | 2,416,011.14 |
| 19-Jul-19 | 250,000.00 | | 2,166,011.14 |
| 26-Jul-19 | 250,000.00 | | 1,916,011.14 |
| 2-Aug-19 | 250,000.00 | 797,894.95 | 2,463,906.09 |
| 9-Aug-19 | 250,000.00 | | 2,213,906.09 |
| 16-Aug-19 | 250,000.00 | | 1,963,906.09 |
| 23-Aug-19 | 250,000.00 | | 1,713,906.09 |
| 30-Aug-19 | 250,000.00 | 797,894.95 | 2,261,801.04 |
| 6-Sep-19 | 250,000.00 | | 2,011,801.04 |
| 13-Sep-19 | 250,000.00 | | 1,761,801.04 |
| 20-Sep-19 | 250,000.00 | | 1,511,801.04 |
| 27-Sep-19 | 250,000.00 | | 1,261,801.04 |
| 4-Oct-19 | 250,000.00 | 797,894.95 | 1,809,695.99 |
| 11-Oct-19 | 250,000.00 | | 1,559,695.99 |
| 18-Oct-19 | 250,000.00 | | 1,309,695.99 |
| 25-Oct-19 | 250,000.00 | | 1,059,695.99 |
| 1-Nov-19 | 250,000.00 | 797,894.95 | 1,607,590.95 |
| 8-Nov-19 | 250,000.00 | | 1,357,590.95 |
| 15-Nov-19 | 250,000.00 | | 1,107,590.95 |
| 22-Nov-19 | 250,000.00 | | 857,590.95 |
| 29-Nov-19 | 250,000.00 | 797,894.95 | 1,405,485.90 |
| 6-Dec-19 | 250,000.00 | | 1,155,485.90 |
| 13-Dec-19 | 250,000.00 | | 905,485.90 |
| 20-Dec-19 | 250,000.00 | | 655,485.90 |
| 27-Dec-19 | 250,000.00 | | 405,485.90 |
| 3-Jan-20 | 250,000.00 | 797,894.95 | 953,380.85 |
| 10-Jan-20 | 250,000.00 | | 703,380.85 |

**VIMA Detail**

**Paid**

| Date Paid | Invoicing Company/Individual | Invoice ID |
|-----------|------------------------------|------------|
| 2016 | VIMA REAL ESTATE | INVOICE N° 183/2017 |
| 31-Aug-17 | VIMA REAL ESTATE | INVOICE N° 184/2017 |
| 3-Oct-17 | VIMA REAL ESTATE | INVOICE N° 185/2017 |
| 15-Nov-17 | VIMA REAL ESTATE | INVOICE N° 186/2017 |
| 14-Dec-17 | VIMA REAL ESTATE | INVOICE N° 235/2017 |
| 14-Feb-18 | VIMA REAL ESTATE | INVOICE N° 034/2018 |
| 19-Mar-18 | VIMA REAL ESTATE | INVOICE N° 035/2018 |
| 18-May-18 | VIMA REAL ESTATE | INVOICE N° 039/2018 |
| 22-Jun-18 | VIMA REAL ESTATE | INVOICE N° 040/2018 |
| 18-Jul-18 | VIMA REAL ESTATE | INVOICE N° 041/2018 |
| 9-Aug-18 | VIMA REAL ESTATE | INVOICE N° 042/2018 |
| 3-Oct-18 | VIMA REAL ESTATE | INVOICE N° 043/2018 |
| 11-Dec-18 | VIMA REAL ESTATE | INVOICE N° 044 & 045/2018 |
| 28-Dec-18 | VIMA REAL ESTATE | INVOICE N° 046 & 047/2018 |
| | | |

| Services Rendered/Description |
|---|
| Success fees  to December 2016 |
| Success fees August 2017 |
| Success fees September 2017 |
| Success fees October 2017 |
| Success fees November 2017 |
| Success fees December 2017 |
| Success fees January 2018 |
| Success fees february 2018 |
| Success fees March 2018 |
| Success fees April 2018 |
| Success fees May 2018 |
| Success fees June 2018 |
| Success fees July & Aug 2018 |
| Success feesSept & Oct 18 |
| **TOTAL** |

**Total paid**

Total agreed (US$1,200,000 + 20% VAT) less owed for Forbes contribution US$13,500

**Balance owed**

**Paid up %**

**Due as per agreement**

**Paid by Jirama**

N/A (Initial payment)
17-Oct
17-Nov
17-Dec
18-Jan
18-Feb
18-Mar
18-Apr
18-May
18-Jun
18-Jul
18-Aug
18-Sep
18-Oct
18-Nov

18-Dec

**\* Agreement was it will start once all engines are generating and the invoices are being paid**
**- generation started August 2017 and that invoice was paid in October 2017.**
**Invoices should then start in Oct 2017 not Aug 2017.**

| Value MGA | Completed  YES/NO |
|---|---|
| 997,500,399.28 | 0-Jan-00 |
| 221,478,000.00 | 0-Jan-00 |
| 226,382,250.00 | 0-Jan-00 |
| 230,614,500.00 | 0-Jan-00 |
| 240,181,500.00 | 0-Jan-00 |
| 242,264,250.00 | 0-Jan-00 |
| 243,097,500.00 | 0-Jan-00 |
| 240,508,500.00 | 0-Jan-00 |
| 234,765,000.00 | 0-Jan-00 |
| 239,361,750.00 | 0-Jan-00 |
| 241,373,250.00 | 0-Jan-00 |
| 250,467,750.00 | 0-Jan-00 |
| 82,304,500.00 | 0-Jan-00 |
| 95,204,700.00 | 0-Jan-00 |
| **3,607,994,649.28** | |

Invoice period

Aug 17 invoice     (Commenced billing for 40 MW on 16 August 2017 which was paid in Ocoober)
Sept 17 invoice
Oct 17 Invoice
Nov 17 Invoice
Dec 17 invoice
Jan 18 invoice
Feb 18 Invoice
Mar 18 invoice
Apr 18 invoice
May 18 invoice
Jun 18 invoice
Jul 18 Inv
Aug 18 Inv
Sept 18 Inv

Oct 18 Inv

**Total**

**Difference**

| Value Outstanding |
| --- |
| 0.00 |
| 0.00 |
| 0.00 |
| 0.00 |
| 0.00 |
| 0.00 |
| 0.00 |
| 0.00 |
| 0.00 |
| 0.00 |
| 0.00 |
| 0.00 |
| 0.00 |
| **0.00** |

| Comments |
|---|
| Monthly amount 997 500 399,28 MGA Already paid from abroad in 2016 |
| PAID BY CQ BNI N°07287263 ON 31/08/17 |
| Monthly amount 226 382 250 MGA Already paid by CQ BNI N° 07287289 on 3/10/17 |
| PAID BY CQ BNI N° 07287304 ON 15/11/17 |
| PAID BY CQ BNI N° 07287322 ON 14/12/17 |
| PAID BY CQ BNI N° 07287350 ON 14/02/18 |
| PAID BY CQ SBM N° 00135628 ON 19/03/18 |
| PAID BY CQ SBM N° 01578874 ON 18/05/18 |
| PAID BY CQ SBM N°01578890 ON 22/06/18 |
| PAID BY CQ SBM N° 01578903 DU 18/07/18 |
| PAID BY CQ SBM N°01578907 ON 09/08/18 |
| PAID BY CQ 03/10/18 |
| Paid by Chq 01603171 |
| Paid by chq 01603183 |
|  |

| HTVA | TVA | Amount USD |
|---|---|---|
| 831,250,332.73 | 166,250,066.55 | 300,000.00 |
| 184,565,000.00 | 36,913,000.00 | 75,000.00 |
| 188,651,875.00 | 37,730,375.00 | 75,000.00 |
| 192,178,750.00 | 38,435,750.00 | 75,000.00 |
| 200,151,250.00 | 40,030,250.00 | 75,000.00 |
| 201,886,875.00 | 40,377,375.00 | 75,000.00 |
| 202,581,250.00 | 40,516,250.00 | 75,000.00 |
| 200,423,750.00 | 40,084,750.00 | 75,000.00 |
| 195,637,500.00 | 39,127,500.00 | 75,000.00 |
| 199,468,125.00 | 39,893,625.00 | 75,000.00 |
| 201,144,375.00 | 40,228,875.00 | 75,000.00 |
| 208,723,125.00 | 41,744,625.00 | 75,000.00 |
| 411,522,500.00 | 82,304,500.00 | 150,000.00 |
| 433,688,310.00 | 95,204,700.00 | 151,500.00 |
| | | |

**1,426,500.00**

1,426,500.00

-

**100%**

300,000.00
75,000.00
75,000.00
75,000.00
75,000.00
75,000.00
75,000.00
75,000.00
75,000.00
75,000.00
75,000.00
75,000.00
75,000.00
75,000.00
75,000.00

76,500.00

**1,426,500.00**

-

**Alpha transfers**

| | USD | Account | |
|---|---|---|---|
| 27/05/2016 | 1,800,000.00 | RBS | |
| 6/9/2016 | 1,000,000.00 | RBS | (For KP1) |
| 11/10/2016 | 200,000.00 | RBS | |
| 25/11/2016 | 2,000,000.00 | RBS | |
| 25/11/2016 | 1,000,000.00 | CITI | |
| 7/2/2017 | 1,000,000.00 | CITI | |
| **Total** | **7,000,000.00** | | |
| Less KP1 | 1,000,000.00 | | |
| **Mandroseza** | **6,000,000.00** | | |

**Symbion Power Mandroseza SARL**
**Invoicing detail**

| Period | Invoice date | Fixed charge $ | Variable charge $ | Total charge ex Vat $ |
|---|---|---|---|---|
| August | September | 79,516.34 | 24,390.56 | 103,906.90 |
| September | October | 129,737.19 | 51,556.89 | 181,294.08 |
| October | November | 129,737.19 | 73,193.40 | 202,930.59 |
| November | December | 129,737.19 | 70,578.80 | 200,315.99 |
| December | January | 129,737.19 | 73,183.43 | 202,920.62 |
| | | | | |
| Total 2016 | | 598,465.10 | 292,903.08 | 891,368.18 |
| | | | | |
| January | February | 129,737.00 | 70,201.00 | 199,938.00 |
| February | March | 129,737.00 | 58,022.00 | 187,759.00 |
| March | April | 264,824.00 | 77,803.00 | 342,627.00 |
| April | May | 397,147.41 | 113,380.26 | 510,527.67 |
| May | June | 397,147.41 | 148,306.41 | 545,453.82 |
| June | July | 397,147.41 | 163,834.34 | 560,981.75 |
| July | August | 397,147.41 | 159,651.14 | 556,798.55 |
| August | September | 464,272.11 | 151,669.14 | 615,941.25 |
| September | October | 527,201.52 | 205,562.60 | 732,764.12 |
| October | November | 527,201.52 | 215,139.02 | 742,340.54 |
| November | December | 527,202.00 | 164,600.00 | 691,802.00 |
| December | January | 527,201.52 | 127,488.80 | 654,690.32 |
| | | | | |
| Total 2017 | | 4,685,966.31 | 1,655,657.71 | 6,341,624.02 |
| | | | | |
| January | February | 527,201.52 | 149,361.45 | 676,562.97 |
| February | March | 527,201.52 | 151,549.97 | 678,751.49 |
| March | April | 527,201.52 | 148,924.13 | 676,125.65 |
| April | May | 527,201.52 | 117,843.60 | 645,045.12 |
| May | June | 527,201.52 | 148,628.03 | 675,829.55 |
| June | July | 527,201.52 | 137,181.56 | 664,383.08 |
| July | August | 527,201.52 | 152,992.46 | 680,193.98 |
| August | September | 527,201.52 | 101,794.56 | 628,996.08 |
| September | October | 527,201.52 | 133,129.92 | 660,331.44 |
| October | November | 527,201.52 | 142,355.64 | 669,557.16 |
| November | December | 527,201.52 | 118,765.08 | 645,966.60 |
| December | January | 527,201.52 | 150,004.89 | 677,206.41 |
| | | | | |
| Total 2018 | | 6,326,418.24 | 1,652,531.29 | 7,978,949.53 |
| | | | | |
| January | February | 527,201.52 | 71,681.19 | 598,882.71 |
| February | March | 527,201.52 | 92,021.37 | 619,222.89 |
| March | April | 527,201.52 | 96,091.70 | 623,293.22 |
| | | | | |
| Total 2019 | | 1,581,604.56 | 259,794.26 | 1,841,398.82 |

| Total invoicing | 13,192,454.21 | 3,860,886.34 | 17,053,340.55 |
| --- | --- | --- | --- |

| Vat | Total invoice | Status | | |
|---|---|---|---|---|
| $ | $ | | | |
| 20,781.38 | 124,688.28 | Paid | | |
| 36,258.82 | 217,552.90 | Paid | | |
| 40,586.12 | 243,516.71 | Paid | | |
| 40,063.20 | 240,379.19 | Paid | | |
| 40,584.12 | 243,504.74 | Paid | | |
| | - | | | |
| 178,273.64 | 1,069,641.82 | | | |
| | | | | |
| 39,987.60 | 239,925.60 | Paid | | |
| 37,551.80 | 225,310.80 | Paid | | |
| 68,525.40 | 411,152.40 | Paid | | |
| 102,105.53 | 612,633.20 | Paid | | |
| 109,090.76 | 654,544.58 | Paid | | |
| 112,196.35 | 673,178.10 | Paid | | |
| 111,359.71 | 668,158.26 | Paid | | |
| 123,188.25 | 739,129.50 | Paid | | |
| 146,552.82 | 879,316.94 | Paid | | |
| 148,468.11 | 890,808.65 | Paid | | |
| 138,360.40 | 830,162.40 | Paid | | |
| 130,938.06 | 785,628.38 | Paid | | |
| | | | | |
| 1,268,324.80 | 7,609,948.82 | | | |
| | | | | |
| 135,312.59 | 811,875.56 | Paid | | |
| 135,750.30 | 814,501.79 | Paid | | |
| 135,225.13 | 811,350.78 | Paid | | |
| 129,009.02 | 774,054.14 | Paid | | |
| 135,165.91 | 810,995.46 | Paid | | |
| 132,876.62 | 797,259.70 | Paid | | |
| 136,038.80 | 816,232.78 | Paid | | |
| 125,799.22 | 754,795.30 | Paid | | |
| 132,066.29 | 792,397.73 | Paid | | |
| 133,911.43 | 803,468.59 | Paid | | |
| 129,193.32 | 775,159.92 | Paid | | |
| 135,441.28 | 812,647.69 | Unpaid | - | |
| | | | | |
| 1,595,789.91 | 9,574,739.44 | | **797,894.95** | **Average 2018** |
| | | | | |
| 119,776.54 | 718,659.25 | Unpaid | | |
| 123,844.58 | 743,067.47 | Unpaid | | |
| 124,658.64 | 747,951.86 | Unpaid | **3,022,326.28** | **Total outstanding** |
| | | | | |
| 368,279.76 | 2,209,678.58 | | | |

| | |
|---|---|
| 3,410,668.11 | 20,464,008.66 |

17,441,682.38  Total paid

**Mandroseza Plant expat staff detail**

| Surname | Given name | Position | Monthly amount |
|---|---|---|---|
| Summary | | | |
| | | | $ |
| Alcantara | Hector | Operations Manager | 11,667.00 |
| Carillo | Henry | Maintenance Manager | 11,667.00 |
| Jacob | Joel | Mechanical Maintenance Supervisor | 6,833.00 |
| Soberano | Roberto | Electrical, Instrumentation & Controls Supervisor | 6,833.00 |
| Narceda | Noberto | Plant Manager | 16,000.00 |
| | | | 53,000.00 |

| Overseas pay | | | |
|---|---|---|---|
| Alcantara | Hector | Operations Manager | 5,500.00 |
| Carillo | Henry | Maintenance Manager | 5,500.00 |
| Jacob | Joel | Mechanical Maintenance Supervisor | 3,000.00 |
| Soberano | Roberto | Electrical, Instrumentation & Controls Supervisor | 3,000.00 |
| Narceda | Noberto | Plant Manager | 8,000.00 |
| | | | 25,000.00 |

| Local pay | | | |
|---|---|---|---|
| Alcantara | Hector | Operations Manager | 2,500.00 |
| Carillo | Henry | Maintenance Manager | 2,500.00 |
| Jacob | Joel | Mechanical Maintenance Supervisor | 1,500.00 |
| Soberano | Roberto | Electrical, Instrumentation & Controls Supervisor | 1,500.00 |
| Narceda | Noberto | Plant Manager | 3,000.00 |
| | | | 11,000.00 |

| Allowances | | | |
|---|---|---|---|
| Alcantara | Hector | Operations Manager | 3,667.00 |
| Carillo | Henry | Maintenance Manager | 3,667.00 |
| Jacob | Joel | Mechanical Maintenance Supervisor | 2,333.00 |
| Soberano | Roberto | Electrical, Instrumentation & Controls Supervisor | 2,333.00 |
| Narceda | Noberto | Plant Manager | 5,000.00 |
| | | | 17,000.00 |

| | | | |
|---|---|---|---|
| Matthews | Simon | Operations Manager | 3,667.00 |

| | | | |
|---|---|---|---|
| Jensen | Kelsey | Operations Manager | 3,667.00 |

| | | | |
|---|---|---|---|
| Comaniciu | Mirela | Operations Manager | 3,667.00 |

Total staffing paid externally

| Location | Jun | Jul | Aug | Sept | Oct | Nov | Dec |
|---|---|---|---|---|---|---|---|
| | | | | 2016 | | | |
| | $ | $ | $ | $ | $ | $ | $ |
| Mada | 9,167.00 | 9,167.00 | 9,167.00 | 9,167.00 | 9,167.00 | 9,167.00 | 9,167.00 |
| Mada | 9,167.00 | 9,167.00 | 9,167.00 | 9,167.00 | 9,167.00 | 9,167.00 | 9,167.00 |
| Mada | 5,333.00 | 5,333.00 | 5,333.00 | 5,333.00 | 5,333.00 | 5,333.00 | 5,333.00 |
| Mada | 5,333.00 | 5,333.00 | 5,333.00 | 5,333.00 | 5,333.00 | 5,333.00 | 5,333.00 |
| Mada | 13,000.00 | 13,000.00 | 13,000.00 | 13,000.00 | 13,000.00 | 13,000.00 | 13,000.00 |
| | | | | | | | |
| Mada | 5,500.00 | 5,500.00 | 5,500.00 | 5,500.00 | 5,500.00 | 5,500.00 | 5,500.00 |
| Mada | 5,500.00 | 5,500.00 | 5,500.00 | 5,500.00 | 5,500.00 | 5,500.00 | 5,500.00 |
| Mada | 3,000.00 | 3,000.00 | 3,000.00 | 3,000.00 | 3,000.00 | 3,000.00 | 3,000.00 |
| Mada | 3,000.00 | 3,000.00 | 3,000.00 | 3,000.00 | 3,000.00 | 3,000.00 | 3,000.00 |
| Mada | 8,000.00 | 8,000.00 | 8,000.00 | 8,000.00 | 8,000.00 | 8,000.00 | 8,000.00 |
| | | | | | | | |
| Mada | | | | | | | |
| Mada | | | | | | | |
| Mada | | | | | | | |
| Mada | | | | | | | |
| Mada | | | | | | | |
| | | | | | | | |
| Mada | 3,667.00 | 3,667.00 | 3,667.00 | 3,667.00 | 3,667.00 | 3,667.00 | 3,667.00 |
| Mada | 3,667.00 | 3,667.00 | 3,667.00 | 3,667.00 | 3,667.00 | 3,667.00 | 3,667.00 |
| Mada | 2,333.00 | 2,333.00 | 2,333.00 | 2,333.00 | 2,333.00 | 2,333.00 | 2,333.00 |
| Mada | 2,333.00 | 2,333.00 | 2,333.00 | 2,333.00 | 2,333.00 | 2,333.00 | 2,333.00 |
| Mada | 5,000.00 | 5,000.00 | 5,000.00 | 5,000.00 | 5,000.00 | 5,000.00 | 5,000.00 |
| | | | | | | | |
| Mada | 14,000.00 | 14,000.00 | 14,000.00 | 14,000.00 | 14,000.00 | | |
| | | | | | | | |
| Mada | 6,917.00 | 6,917.00 | 6,917.00 | 6,917.00 | 6,917.00 | | |
| | | | | | | | |
| Mada | | | | | | 9,000.00 | 9,000.00 |

| | | | | | | |
|---|---|---|---|---|---|---|
| 62,917.00 | 62,917.00 | 62,917.00 | 62,917.00 | 62,917.00 | 51,000.00 | 51,000.00 |
| | | | | | | 416,585.00 |

| | Jan | Feb | Mar | Apr | May | June | July | Aug |
|---|---|---|---|---|---|---|---|---|
| **2017** | | | | | | | | |
| | $ | $ | $ | $ | $ | $ | $ | $ |
| | 9,167.00 | 9,167.00 | 9,167.00 | 9,167.00 | 9,167.00 | 9,167.00 | 9,167.00 | 9,167.00 |
| | 9,167.00 | 9,167.00 | 9,167.00 | 9,167.00 | 9,167.00 | 9,167.00 | 9,167.00 | 9,167.00 |
| | 5,333.00 | 5,333.00 | 5,333.00 | 5,333.00 | 5,333.00 | 5,333.00 | 5,333.00 | 5,333.00 |
| | 5,333.00 | 5,333.00 | 5,333.00 | 5,333.00 | 5,333.00 | 5,333.00 | 5,333.00 | 5,333.00 |
| | 13,000.00 | 13,000.00 | 13,000.00 | 13,000.00 | 13,000.00 | 13,000.00 | 13,000.00 | 13,000.00 |
| | | | | | | | | |
| | 5,500.00 | 5,500.00 | 5,500.00 | 5,500.00 | 5,500.00 | 5,500.00 | 5,500.00 | 5,500.00 |
| | 5,500.00 | 5,500.00 | 5,500.00 | 5,500.00 | 5,500.00 | 5,500.00 | 5,500.00 | 5,500.00 |
| | 3,000.00 | 3,000.00 | 3,000.00 | 3,000.00 | 3,000.00 | 3,000.00 | 3,000.00 | 3,000.00 |
| | 3,000.00 | 3,000.00 | 3,000.00 | 3,000.00 | 3,000.00 | 3,000.00 | 3,000.00 | 3,000.00 |
| | 8,000.00 | 8,000.00 | 8,000.00 | 8,000.00 | 8,000.00 | 8,000.00 | 8,000.00 | 8,000.00 |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | 3,667.00 | 3,667.00 | 3,667.00 | 3,667.00 | 3,667.00 | 3,667.00 | 3,667.00 | 3,667.00 |
| | 3,667.00 | 3,667.00 | 3,667.00 | 3,667.00 | 3,667.00 | 3,667.00 | 3,667.00 | 3,667.00 |
| | 2,333.00 | 2,333.00 | 2,333.00 | 2,333.00 | 2,333.00 | 2,333.00 | 2,333.00 | 2,333.00 |
| | 2,333.00 | 2,333.00 | 2,333.00 | 2,333.00 | 2,333.00 | 2,333.00 | 2,333.00 | 2,333.00 |
| | 5,000.00 | 5,000.00 | 5,000.00 | 5,000.00 | 5,000.00 | 5,000.00 | 5,000.00 | 5,000.00 |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | 9,000.00 | 9,000.00 | 9,000.00 | 9,000.00 | 9,000.00 | 9,000.00 | 9,000.00 | 9,000.00 |

51,000.00   51,000.00   51,000.00   51,000.00   51,000.00   51,000.00   51,000.00   51,000.00

| | Sept | Oct | Nov | Dec | Jan | Feb | Mar |
|---|---|---|---|---|---|---|---|
| | $ | $ | $ | $ | $ | $ | |
| | 9,167.00 | 9,167.00 | 9,167.00 | 9,167.00 | 9,167.00 | 9,167.00 | 9,167.00 |
| | 9,167.00 | 9,167.00 | 9,167.00 | 9,167.00 | 9,167.00 | 9,167.00 | 9,167.00 |
| | 5,333.00 | 5,333.00 | 5,333.00 | 5,333.00 | 5,333.00 | 5,333.00 | 5,333.00 |
| | 5,333.00 | 5,333.00 | 5,333.00 | 5,333.00 | 5,333.00 | 5,333.00 | 5,333.00 |
| | 13,000.00 | 13,000.00 | 13,000.00 | 13,000.00 | 13,000.00 | 13,000.00 | 13,000.00 |
| | | | | | | | 491,000.00 |
| | 5,500.00 | 5,500.00 | 5,500.00 | 5,500.00 | 5,500.00 | 5,500.00 | 5,500.00 |
| | 5,500.00 | 5,500.00 | 5,500.00 | 5,500.00 | 5,500.00 | 5,500.00 | 5,500.00 |
| | 3,000.00 | 3,000.00 | 3,000.00 | 3,000.00 | 3,000.00 | 3,000.00 | 3,000.00 |
| | 3,000.00 | 3,000.00 | 3,000.00 | 3,000.00 | 3,000.00 | 3,000.00 | 3,000.00 |
| | 8,000.00 | 8,000.00 | 8,000.00 | 8,000.00 | 8,000.00 | 8,000.00 | 8,000.00 |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | 3,667.00 | 3,667.00 | 3,667.00 | 3,667.00 | 3,667.00 | 3,667.00 | 3,667.00 |
| | 3,667.00 | 3,667.00 | 3,667.00 | 3,667.00 | 3,667.00 | 3,667.00 | 3,667.00 |
| | 2,333.00 | 2,333.00 | 2,333.00 | 2,333.00 | 2,333.00 | 2,333.00 | 2,333.00 |
| | 2,333.00 | 2,333.00 | 2,333.00 | 2,333.00 | 2,333.00 | 2,333.00 | 2,333.00 |
| | 5,000.00 | 5,000.00 | 5,000.00 | 5,000.00 | 5,000.00 | 5,000.00 | 5,000.00 |
| | | | | | | | |
| | | | | | | | |
| | 12,000.00 | 12,000.00 | 12,000.00 | 12,000.00 | 12,000.00 | 12,000.00 | 12,000.00 |

| 54,000.00 | 54,000.00 | 54,000.00 | 54,000.00 | 54,000.00 | 54,000.00 | 54,000.00 |
| | | | 624,000.00 | | | |

|  |  |  | 2018 |  |  |  |
|---|---|---|---|---|---|---|
| _Apr_ | _May_ | _Jun_ | _Jul_ | _Aug_ | _Sept_ | _Oct_ |
|  |  |  |  |  |  |  |
| 9,167.00 | 9,167.00 | 9,167.00 | 9,167.00 | 9,167.00 | 9,167.00 | 9,167.00 |
| 9,167.00 | 9,167.00 | 9,167.00 | 9,167.00 | 9,167.00 | 9,167.00 | 9,167.00 |
| 5,333.00 | 5,333.00 | 5,333.00 | 5,333.00 | 5,333.00 | 5,333.00 | 5,333.00 |
| 5,333.00 | 5,333.00 | 5,333.00 | 5,333.00 | 5,333.00 | 5,333.00 | 5,333.00 |
| 13,000.00 | 13,000.00 | 13,000.00 | 13,000.00 | 13,000.00 | 13,000.00 | 13,000.00 |

| 144,000.00 | 635,000.00 |

| 5,500.00 | 5,500.00 | 5,500.00 | 5,500.00 | 5,500.00 | 5,500.00 | 5,500.00 |
|---|---|---|---|---|---|---|
| 5,500.00 | 5,500.00 | 5,500.00 | 5,500.00 | 5,500.00 | 5,500.00 | 5,500.00 |
| 3,000.00 | 3,000.00 | 3,000.00 | 3,000.00 | 3,000.00 | 3,000.00 | 3,000.00 |
| 3,000.00 | 3,000.00 | 3,000.00 | 3,000.00 | 3,000.00 | 3,000.00 | 3,000.00 |
| 8,000.00 | 8,000.00 | 8,000.00 | 8,000.00 | 8,000.00 | 8,000.00 | 8,000.00 |

|  |  |  |  |  |  |  |
|---|---|---|---|---|---|---|
|  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |

| 3,667.00 | 3,667.00 | 3,667.00 | 3,667.00 | 3,667.00 | 3,667.00 | 3,667.00 |
|---|---|---|---|---|---|---|
| 3,667.00 | 3,667.00 | 3,667.00 | 3,667.00 | 3,667.00 | 3,667.00 | 3,667.00 |
| 2,333.00 | 2,333.00 | 2,333.00 | 2,333.00 | 2,333.00 | 2,333.00 | 2,333.00 |
| 2,333.00 | 2,333.00 | 2,333.00 | 2,333.00 | 2,333.00 | 2,333.00 | 2,333.00 |
| 5,000.00 | 5,000.00 | 5,000.00 | 5,000.00 | 5,000.00 | 5,000.00 | 5,000.00 |

|  |  |  |  |  |  |  |
|---|---|---|---|---|---|---|

|  |  |  |  |  |  |  |
|---|---|---|---|---|---|---|

| 12,000.00 | 12,000.00 | 12,000.00 | 12,000.00 | 12,000.00 | 12,000.00 | 12,000.00 |
|---|---|---|---|---|---|---|

54,000.00    54,000.00    54,000.00    54,000.00    54,000.00    54,000.00    54,000.00

|  | 2019 | | | | | |
| Nov | Dec | Jan | Feb | Mar | Total | All total |
|---|---|---|---|---|---|---|
|  |  |  |  |  | $ |  |
| 9,167.00 | 9,167.00 | 9,167.00 | 9,167.00 | 9,167.00 | 311,678.00 |  |
| 9,167.00 | 9,167.00 | 9,167.00 | 9,167.00 | 9,167.00 | 311,678.00 |  |
| 5,333.00 | 5,333.00 | 5,333.00 | 5,333.00 | 5,333.00 | 181,322.00 |  |
| 5,333.00 | 5,333.00 | 5,333.00 | 5,333.00 | 5,333.00 | 181,322.00 |  |
| 13,000.00 | - | - | - | - | 390,000.00 |  |
|  |  |  |  |  |  | 1,376,000.00 |
| 42,000.00 |  |  |  |  |  |  |
| 5,500.00 | 5,500.00 | 5,500.00 | 5,500.00 | 5,500.00 | 187,000.00 |  |
| 5,500.00 | 5,500.00 | 5,500.00 | 5,500.00 | 5,500.00 | 187,000.00 |  |
| 3,000.00 | 3,000.00 | 3,000.00 | 3,000.00 | 3,000.00 | 102,000.00 |  |
| 3,000.00 | 3,000.00 | 3,000.00 | 3,000.00 | 3,000.00 | 102,000.00 |  |
| 8,000.00 |  |  |  |  | 240,000.00 |  |
|  |  |  |  |  | - |  |
|  |  |  |  |  | - |  |
|  |  |  |  |  | - |  |
|  |  |  |  |  | - |  |
|  |  |  |  |  | - |  |
| 3,667.00 | 3,667.00 | 3,667.00 | 3,667.00 | 3,667.00 | 124,678.00 |  |
| 3,667.00 | 3,667.00 | 3,667.00 | 3,667.00 | 3,667.00 | 124,678.00 |  |
| 2,333.00 | 2,333.00 | 2,333.00 | 2,333.00 | 2,333.00 | 79,322.00 |  |
| 2,333.00 | 2,333.00 | 2,333.00 | 2,333.00 | 2,333.00 | 79,322.00 |  |
| 5,000.00 |  |  |  |  | 150,000.00 |  |
|  |  |  |  |  | 70,000.00 | 70,000.00 |
|  |  |  |  |  | 34,585.00 | 34,585.00 |
| 12,000.00 | 12,000.00 | 12,000.00 | 12,000.00 | 12,000.00 | 318,000.00 | 318,000.00 |

|  |  |  |  |  |
|---|---|---|---|---|
|  |  |  |  | *1,798,585.00* |
| 54,000.00 | 41,000.00 | 41,000.00 | 41,000.00 | 41,000.00 |
|  | **635,000.00** |  |  |  |

29,000.00     12,000.00     41,000.00

**Equipment purchases made offshore**

| Supplier | USD RBS | USD SPS | USD Monex |
|---|---|---|---|
| QTEK | 1,190.00 | | |
| Sperre | 14,263.00 | | |
| Goltens | 195,419.44 | | |
| Engineering Dynamics | 16,995.00 | | |
| Diesel Expert | 26,661.64 | | |
| Chris Marine | 34,295.89 | | |
| Biollfilter | 66,802.98 | | |
| East Wind | 46,278.88 | 44,893.02 | |
| Bell Flow | 6,374.54 | | |
| Wartsila | 488,312.30 | | 596,312.26 |
| Wartsila | | | 560,000.00 |
| ABB | 290,557.93 | 155,629.09 | 86,128.27 |
| General Filter | 5,988.04 | | |
| AF Hussain | 9,902.92 | | |
| PDF Electric | 4,340.00 | | |
| Auramarine | 15,100.04 | | |
| Wartsila | 44,483.75 | 287,141.69 | |
| Goltens | 8,999.00 | | |
| Wartsila | 7,843.47 | | |
| East Wind | 50,154.53 | | |
| Wartsila | 249,283.65 | | |
| PDF Electric | 16,848.00 | 25,116.00 | |
| Chris Marine | 3,326.28 | | |
| Auramarine | 2,178.50 | | 10,689.92 |
| Diesel Expert | 75,853.13 | 20,746.45 | 127,995.29 |
| Bolfilter | 28,919.78 | | |
| ABB | 84,997.64 | | 232,994.24 |
| East Wind | 44,270.72 | | 9,761.94 |
| Emco | | 4,000.00 | |
| Sturrock | | 9,298.31 | |
| PDF Electric | | 10,058.00 | |
| East Wind | | | 31,107.88 |
| Bolfilter | | | 6,431.26 |
| Sperre | | | 13,687.00 |
| 4 Stroke | | | 87,173.98 |
| **Total** | **1,839,641.05** | **556,882.56** | **1,762,282.04** |

| USD Total |
| --- |
| 1,190.00 |
| 14,263.00 |
| 195,419.44 |
| 16,995.00 |
| 26,661.64 |
| 34,295.89 |
| 66,802.98 |
| 91,171.90 |
| 6,374.54 |
| 1,084,624.56 |
| 560,000.00 |
| 532,315.29 |
| 5,988.04 |
| 9,902.92 |
| 4,340.00 |
| 15,100.04 |
| 331,625.44 |
| 8,999.00 |
| 7,843.47 |
| 50,154.53 |
| 249,283.65 |
| 41,964.00 |
| 3,326.28 |
| 12,868.42 |
| 224,594.87 |
| 28,919.78 |
| 317,991.88 |
| 54,032.66 |
| 4,000.00 |
| 9,298.31 |
| 10,058.00 |
| 31,107.88 |
| 6,431.26 |
| 13,687.00 |
| 87,173.98 |
| **4,158,805.65** |

## Travel costs paid offshore

| | | | | | |
|---|---|---|---|---|---|
| Madagascar | 01/06/2016 | 6343 Purch | 6 | IAN22 | 642.00 |
| Madagascar | 01/06/2016 | 6343 Purch | 6 | IAN22 | 223.00 |
| Madagascar | 01/06/2016 | 6343 Purch | 6 | IAN22 | 5,880.50 |
| Madagascar | 01/06/2016 | 6343 Purch | 6 | IAN22 | 485.00 |
| Madagascar | 01/06/2016 | 6343 Purch | 6 | IAN22 | 380.00 |
| Madagascar | 01/06/2016 | 6343 Purch | 6 | IAN22 | 2,128.00 |
| Madagascar | 01/06/2016 | 6343 Purch | 6 | IAN22 | 1,679.00 |
| Madagascar | 01/06/2016 | 6343 Purch | 6 | IAN22 | 956.00 |
| Madagascar | 01/06/2016 | 6343 Purch | 6 | IAN22 | 1,739.00 |
| Madagascar | 01/06/2016 | 6343 Purch | 6 | IAN22 | 250.00 |
| Madagascar | 01/06/2016 | 6343 Purch | 6 | IAN22 | 2,442.00 |
| Madagascar | 01/06/2016 | 6343 Purch | 6 | IAN22 | 250.00 |
| Madagascar | 01/06/2016 | 6343 Purch | 6 | IAN22 | 300.00 |
| Madagascar | 01/06/2016 | 6343 Purch | 6 | IAN22 | 300.00 |
| Madagascar | 01/06/2016 | 6343 Purch | 6 | IAN22 | 2,442.00 |
| Madagascar | 01/06/2016 | 6343 Purch | 6 | IAN22 | 3,909.00 |
| Madagascar | 01/06/2016 | 6343 Purch | 6 | IAN22 | (300.00) |
| Madagascar | 01/06/2016 | 6343 Purch | 6 | IAN22 | (2,442.00) |
| Madagascar | 01/07/2016 | 6375 Purch | 7 | IAN22 | 75.00 |
| Madagascar | 01/07/2016 | 6375 Purch | 7 | IAN22 | 1,953.50 |
| Madagascar | 01/07/2016 | 6375 Purch | 7 | IAN22 | 100.00 |
| Madagascar | 01/07/2016 | 6375 Purch | 7 | IAN22 | 1,150.00 |
| Madagascar | 01/08/2016 | 6377 Purch | 8 | IAN22 | 350.00 |
| Madagascar | 01/08/2016 | 6377 Purch | 8 | IAN22 | 1468.00 |
| Madagascar | 01/08/2016 | 6377 Purch | 8 | IAN22 | 2097.00 |
| Madagascar | 01/08/2016 | 6377 Purch | 8 | IAN22 | 1710.00 |
| Madagascar | 01/08/2016 | 6377 Purch | 8 | IAN22 | 1484.00 |
| Madagascar | 01/08/2016 | 6377 Purch | 8 | IAN22 | 250.00 |
| Madagascar | 01/08/2016 | 6377 Purch | 8 | IAN22 | 250.00 |
| Madagascar | 01/08/2016 | 6377 Purch | 8 | IAN22 | 1270.00 |
| Madagascar | 6/12/2016 | | | | 292.43 |
| Madagascar | 6/1/2017 | | | | 354.46 |
| Madagascar | 6/1/2017 | | | | 240.00 |
| Madagascar | FEB/16 | 03043 | 2 | | 3,420.58 |
| Madagascar | FEB/16 | 03051 | 2 | | 3,177.57 |
| Madagascar | OCT/16 | 03691 | 10 | | (1,784.79) |
| Madagascar | OCT/16 | 03692 | 10 | | (842.60) |
| Madagascar | OCT/16 | 03693 | 10 | | 60.31 |
| Madagascar | OCT/16 | 03694 | 10 | | (1,383.57) |
| Madagascar | OCT/16 | 03697 | 10 | | 956.63 |
| Madagascar | OCT/16 | 03698 | 10 | | 2,141.70 |
| Madagascar | OCT/16 | 03700 | 10 | | 1,526.12 |
| Madagascar | NOV/16 | 03780 | 11 | | 2,222.81 |
| Madagascar | NOV/16 | 03781 | 11 | | 3,339.70 |
| Madagascar | NOV/16 | 03781 | 11 | | 3,339.70 |
| Madagascar | NOV/16 | 03784 | 11 | | 1,399.82 |
| Madagascar | NOV/16 | 03794 | 11 | | 107.35 |

| | | | | |
|---|---|---|---|---|
| Madagascar | NOV/16 | 03810 | 11 | 7.44 |
| Madagascar | NOV/16 | 03833 | 11 | 1,281.33 |
| Madagascar | OCT/16 | 03834 | 11 | 1,588.21 |
| Madagascar | Feb/17 | 03835 | 2 | (523.46) |
| Madagascar | Feb/17 | 03836 | 2 | 1,555.90 |
| Madagascar | Apr/17 | 03837 | 4 | 23,968.40 |
| Madagascar | Apr/17 | 03838 | 4 | 952.00 |
| Madagascar | Aug/17 | 03839 | 8 | 3,578.58 |
| Madagascar | Aug/17 | 03840 | 8 | 1,754.00 |
| Madagascar | Aug/17 | 03841 | 8 | 1,691.82 |
| Madagascar | Aug/17 | 03834 | 8 | 1,611.77 |
| Madagascar | Aug/17 | 03834 | 8 | 1,160.53 |
| Madagascar | Aug/17 | 03834 | 8 | 45.98 |
| Madagascar | Aug/17 | 03834 | 8 | 571.45 |
| Madagascar | Aug/17 | 03834 | 8 | 1,316.55 |
| Madagascar | Aug/17 | 03834 | 8 | 812.00 |
| Madagascar | Aug/17 | 03834 | 8 | 1,020.00 |
| Madagascar | Aug/17 | 03834 | 8 | 333.09 |
| Madagascar | Aug/17 | 03834 | 8 | 1,200.00 |
| Madagascar | Aug/17 | 03834 | 8 | 2,103.74 |
| Madagascar | Aug/17 | 03834 | 8 | 240.00 |
| Madagascar | Aug/17 | 03834 | 8 | 557.70 |
| Madagascar | Aug/17 | 03834 | 8 | 518.92 |

**Total**        **99,335.17**

Bon Voyage Travel   Norberto Narceda 16060030   N Narceda TNR-MNL-TNR

Bon Voyage Travel   Keith Treviss 16061077   K Treviss EWR-ZRH-DAR-KGL

Bon Voyage Travel   Paul Hinks 16060812   P Hinks JFK-DXB-DAR-DXB-JFK

Bon Voyage Travel   Zelda Weitz 16060203   Z Weitz CPT-JNB-IAD-RDU

Bon Voyage Travel   Kelsey Jensen 16060204   Kelsey Jensen JFK-IST-TNR

Bon Voyage Travel   Elizabeth Narceda 16060386   E Narceda MNL-TNR-MNL

Bon Voyage Travel   Ajith Kumar 16060591   A Kumar DAR-NBO-TNR-NBO-DAR

Bon Voyage Travel   Zelda Weitz 16060593   Zelda Weitz CPT-TNR-CPT

Bon Voyage Travel   Peter Gathercole 16061079   P Gathercole DAR-TNR-DAR

Bon Voyage Travel   Elizabeth Narceda 16061078   E Narceda MNL-TNR-MNL

Bon Voyage Travel   Paul Hinks 16061076   P Hinks DXB-NBO-TNR

Bon Voyage Travel   Norberto Narceda 16060983   N Narceda TNR-MNL-TNR

Bon Voyage Travel   Paul Hinks 16061232   P Hinks DXB-NBO-TNR

Bon Voyage Travel   P Hinks 16061232   P Hinks DXB-NBO-TNR

Bon Voyage Travel   P Hinks 16061076   P Hinks DXB-NBO-TNR

Bon Voyage Travel   P Hinks 160613152   P Hinks DXB-NBO-TNR

Bon Voyage Travel   P Hinks 16061232   P Hinks DXB-NBO-TNR

Bon Voyage Travel   P Hinks 16061076   P Hinks DXB-NBO-TNR

Bon Voyage Travel   Z Weitz 16070179   Z Weitz TNR-JNB

Bon Voyage Travel   P Hinks 16070144   P Hinks KGL-TNR-KGL

Bon Voyage Travel   A Kumar 16070148   A Kumar TNR-DAR

Bon Voyage Travel   G Mockenhaupt 16070267   G.Mockenhaupt KGL-NBO-TNR

Bon Voyage Travel   Peter Gathercole 16080250   P Gathercole TNR-DAR

Bon Voyage Travel   Z Weitz 16080474   JNB-TNR-JNB-RDU

Bon Voyage Travel   P Hinks 16080514   KGL-TNR

Bon Voyage Travel   K Jensen 16080515   K Jensen TNR-IAD-TNR

Bon Voyage Travel   Jacob/Canillo 16080737   Jacob/Canillo TNR-MRU-TNR

Bon Voyage Travel   P Hinks 16080738   P Hinks KGL-TNR

Bon Voyage Travel   P Hinks 16080793   P Hinks KGL-NBO-TNR

Bon Voyage Travel   Narceda family 16081212   Narceda family TNR-MRU-TNR

Opodo R Solano SPS

Fly Dubai  Mirela Comaniciu SPS

Fly Dubai  Mirela Comaniciu SPS

GERASYMEN TNR-AMATHUS TRAVEL:GERASYMEN TNR-NBO-DAR

gerasymenk  DXB--AMATHUS TRAVEL:gerasymenk  DXB-NBO-TNR-NBO-DXB

SYMBION-AMATHUS TRAVEL:SYMBION - 29/10 - 12/11/16 RDU-JFK-JNB-TNR-KGL-JNB - MS. ZELDA WEITZ

SYMBION-AMATHUS TRAVEL:SYMBION - 09/11/16 -TNR-NBO-KGL - MS ZELDA WEITZ

RW - 02/11 - 09/11-AMATHUS TRAVEL:RW - 02/11 - 09/11 - LCA-DXB-DAR-DXB-LCA

SYMBION-AMATHUS TRAVEL:SYMBION - MIRELA COMANICIU - DXB-NBO-TNR-NBO-DXB - 30/10/16 - 25/11/16

SYMBION-AMATHUS TRAVEL:SYMBION - TNR-NBO-KGL - MS. ZELDA WEITZ

SYMBION-AMATHUS TRAVEL:SYMBION - RDU-JFK-JNB-TNR - KGL 29/10/16 - 12/11/16 - MS. ZELDA WEITZ

SYMBION-AMATHUS TRAVEL:SYMBION - DXB-NBO-TNR-NBO-DXB - MIRELA COMANCIU - 30/10/16 - 25/11/16

AMATHUS-AMATHUS TRAVEL:AMATHUS WEITZ ZELDA RDU-JFK 05/11/16 JFK-JNB 05/11/16 JNB-TNR 06/11/16 TNR-JNB 11/11/16 JNB-JFK

AMATHUS-AMATHUS TRAVEL:AMATHUS JULIE LOUISE KURTZMAN DAR-NBO-NBO-TNR 06/11/16 TNR-NBO 09/11/16 NBO-KGL -10/11/16

AMATHUS PAUL HINKS D-AMATHUS TRAVEL:AMATHUS PAUL HINKS DAR- NBO-NBO-TNR 06/11/16 TNR -NBO 09/11/16 NBO-KGL -10/11/16

AMATHUS-AMATHUS TRAVEL:AMATHUS MIRELA COMANICIU - DXB-NBO 06/11/16 NBO-TNR 06/11/16 TNR -NBO 25/11/16 NBO-DXB 25/11/16

AMATHUS-AMATHUS TRAVEL:AMATHUS JULIE LOUISE KURTZMAN TNR - NBO 11/11/16

AMATHUS-AMATHUS TRAVEL:AMATHUS ZELDA WEITZ RDU-JFK-JNB-TNR-JNB-JFK-RDU 05/11-12/11/16 - ADD TO INV. TO CORRECT AMO

AMATHUS-AMATHUS TRAVEL:AMATHUS - ELIZABETH NARCEDA HKG-MRU 24/01/17 MRU - TNR 24/01/17 HKG - MNL 23/12/16 MNL - HKG 2

AMATHUS-AMATHUS TRAVEL:AMATHUS - NORBERTO NARCEDA HKG - MNL 23/12/16 MNL-HKG 23/01/17 TNR-MRU 22/12/16  MRU-HKG 22/

Amathus Travel Paul Hinks JNB- TNR  16973

Amathus Travel Zelda Weitz RDU-JFK-JNB-TNR 168989

Amathus Travel Paul Hinks/Julie Kurtzman  JFK-CDG-TNR

ITA I McCann  00030073

Mirela TNR-ams

Zelda Weitz JFK-TNR Amathus travel 00031986

J Kurtzman Amathus travel

P Hinks Amathus travel

P Hinks Amathus travel

J Kurtzman Amarhus travel

P Hinks Amathus  travel

Liubym TNR VISIT

Ian TNR visit

Ian TNR flights

Ian THR hotels

Ian allowances May/June

Ian hotel May June

Ian allow July

Ian hotel July

Ian flights July

11/11/16 JFK - RDU 12/11/16

UNT ORIGINAL INV. EUR2098.33

3/01/17

/12/16 HKG-MRU 24/01/17 MRU-TNR 24/01/17

**RBS Transfers from LLC**

| | USD |
|---|---|
| Cash | 4,463.53 |
| SIDI | 10,000.00 |
| Maduauto | 5,863.47 |
| Cash | 32,500.00 |
| Simon | 1,748.32 |
| Cash | 25,000.00 |
| PwC | 35,000.00 |
| Vima | 300,000.00 |
| Cash | 5,000.00 |
| | |
| Total | 419,575.32 |

**Other costs paid offshore**

| April | Business cards | 217.75 |

**Shipping, Customs and clearing paid offshore**

| | | |
|---|---|---:|
| 22/06/16 | Galaxam | 22,835.00 |
| 01/07/16 | Galaxam | 134,708.00 |
| 15/07/16 | Galaxam | 116,900.00 |
| 12/7/2016 | Logistics Plus | 31,046.00 |
| 10/12/2015 | Logistics Plus | 5,000.00 |
| April | Logistics Plus | 8,500.00 |
| Total | | 318,989.00 |

**Interco transfers**

| Date invoice | Date Paid | Invoicing Company/Individual | Services Rendered/Description | Value Dollar | | ESAH loan repay | ESAH Overhead |
|---|---|---|---|---|---|---|---|
| 6-Oct-16 | 17-Oct-16 | Symbion Power Lake Kivu | Consultancy | 10,000.00 | | | |
| 17-Oct-16 | 24-Oct-16 | Symbion Power Lake Kivu | Consultancy | 10,000.00 | | | |
| | | **Total Symbion Power Lake Kivu** | | **20,000.00** | | | |
| 30-Sep-16 | 15-Nov-16 | SYMBION POWER LLC | Mandroseza power plant services | 80,000.00 | | | |
| 30-Nov-16 | 13-Dec-16 | SYMBION POWER LLC | Mandroseza power plant services | 50,000.00 | | | |
| | | **Total SYMBION POWER LLC** | | **130,000.00** | | | |
| 30-Sep-16 | 17-Oct-16 | Symbion Power Services US Inc. | Service fees | 5,000.00 | | | |
| 15-Oct-16 | 24-Oct-16 | Symbion Power Services US Inc. | Service fees - September | 10,000.00 | | | |
| 20-Jan-17 | 26-Jan-17 | Symbion Power Services US Inc. | Power plant services - Period October - December | 80,000.00 | | | |
| 28-Feb-17 | 17-Mar-17 | Symbion Power Services US Inc. | Power plant services January - February 2017 | 100,000.00 | | | |
| 22-Mar-17 | 22-Mar-17 | Symbion Power Services US Inc. | Power plant services - Period March 2017 | 85,000.00 | | | |
| 31-May-17 | 6-Jun-17 | Symbion Power Services US Inc. | Mandroseza power plant services - Period April & May | 200,000.00 | | | |
| 20-Jun-17 | 23-Jun-17 | Symbion Power Services US Inc. | Mandroseza power plant services - Period June 2017 | 100,000.00 | | | |
| 10-Jul-17 | 10-Jul-17 | Symbion Power Services US Inc. | Mandroseza power plant services - Period July 2017 | 100,000.00 | | | |
| 25-Jul-17 | 25-Jul-17 | Symbion Power Services US Inc. | Mandroseza power plant services - Period August 2017 | 100,000.00 | | | |
| 14-Aug-17 | 14-Aug-17 | Symbion Power Services US Inc. | Mandroseza power plant services - Period August 2017 | 20,000.00 | | | |
| 22-Aug-17 | 22-Aug-17 | Symbion Power Services US Inc. | Mandroseza power plant services - Period August 2017 | 150,000.00 | | | |
| 24-Aug-17 | 24-Aug-17 | Symbion Power Services US Inc. | Mandroseza power plant recharges Re inauguration - Period August 2017 | 42,000.00 | | | |
| 29-Aug-17 | 29-Aug-17 | Symbion Power Services US Inc. | Mandroseza power plant additional recharges - Period August 2017 | 80,000.00 | | | |
| 7-Sep-17 | 7-Sep-17 | Symbion Power Services US Inc. | Mandroseza power plant additional recharges - Period September 2017 | 100,000.00 | | | |
| 14-Sep-17 | 14-Sep-17 | Symbion Power Services US Inc. | Mandroseza power plant additional recharges - Period September 2017 | 60,000.00 | | | |
| 19-Sep-17 | 19-Sep-17 | Symbion Power Services US Inc. | Mandroseza power plant additional recharges - Period September 2017 | 233,949.00 | | | |
| 28-Sep-17 | 28-Sep-17 | Symbion Power Services US Inc. | Mandroseza power plant additional recharges - Period September 2017 | 84,000.00 | | | |
| 5-Oct-17 | 5-Oct-17 | Symbion Power Services US Inc. | Mandroseza power plant services - Period October 2017 | 100,000.00 | | | |
| 25-Oct-17 | 25-Oct-17 | Symbion Power Holdings LLC | Mandroseza power plant services - Period October 2017 | 310,000.00 | | | |
| 2-Nov-17 | 2-Nov-17 | Symbion Power Holdings LLC | Mandroseza power plant additional recharges - Period November 2017 | 100,000.00 | | | |
| 8-Nov-17 | 8-Nov-17 | Symbion Power Holdings LLC | Mandroseza power plant additional recharges - Period November 2017 | 120,000.00 | | | |
| 30-Nov-17 | 4-Dec-17 | Symbion Power Holdings LLC | Mandroseza power plant additional recharges - Period November 2017 | 104,550.00 | | | |
| 6-Dec-17 | 6-Dec-17 | Symbion Mandroseza Mauritius Limited | Loan repayment | 300,000.00 | | 300,000.00 | - |
| 12-Dec-17 | 15-Dec-17 | Symbion Power Holdings LLC | Mandroseza power plant additional recharges - Period December 2017 | 43,050.00 | | | |
| 15-Dec-17 | 19-Dec-17 | Symbion Power Holdings LLC | Mandroseza power plant additional recharges - Period December 2017 | 215,250.00 | | | |
| 30-Dec-17 | 3-Jan-18 | Symbion Power Holdings LLC | Mandroseza power plant additional recharges - Period December 2017 | 209,100.00 | | | |
| 8-Jan-18 | 8-Jan-18 | Symbion Mandroseza Mauritius Limited | Loan repayment | 300,000.00 | | 300,000.00 | - |
| 15-Jan-18 | 17-Jan-18 | Symbion Power Holdings LLC | Mandroseza power plant additional recharges - Period January 2018 | 39,360.00 | | | |
| 18-Jan-18 | 19-Jan-18 | Symbion Power Holdings LLC | Mandroseza power plant additional recharges - Period January 2018 | 100,860.00 | | | |
| 30-Jan-18 | 31-Jan-18 | Symbion Power Holdings LLC | Mandroseza power plant additional recharges - Period January 2018 | 233,700.00 | | | |
| 6-Feb-18 | 7-Feb-18 | Symbion Power Holdings LLC | Mandroseza power plant additional recharges - Period February 2018 | 104,550.00 | | | |
| 8-Feb-18 | 9-Feb-18 | Symbion Power Holdings LLC | Mandroseza power plant additional recharges - Period February 2018 | 104,550.00 | | | |
| 23-Feb-18 | 23-Feb-18 | Symbion Mandroseza Mauritius Limited | Loan repayment | 300,000.00 | | 300,000.00 | - |
| 6-Mar-18 | 6-Mar-18 | Symbion Mandroseza Mauritius Limited | ESAH Service fees | 110,800.00 | | | 110,800.00 |
| 5-Mar-18 | 5-Mar-18 | Symbion Power Holdings LLC | Mandroseza power plant additional recharges - Period February 2018 | 79,950.00 | | | |
| 6-Mar-18 | 6-Mar-18 | Symbion Power Holdings LLC | Mandroseza power plant additional recharges - Period February 2018 | 184,500.00 | | | |
| 14-Mar-18 | 14-Mar-18 | Symbion Energy Services | Mandroseza power plant additional recharges - Period February 2018 | 61,500.00 | | | |
| 22-Mar-18 | 22-Mar-18 | Symbion Power Holdings LLC | Mandroseza power plant additional recharges - Period February 2018 | 51,660.00 | | | |
| 23-Mar-18 | 23-Mar-18 | Symbion Mandroseza Mauritius Limited | Loan repayment | 300,000.00 | | 300,000.00 | - |
| 2-Apr-18 | 2-Apr-18 | Symbion Power Holdings LLC | Mandroseza power plant additional recharges - Period February 2018 | 61,500.00 | | | |
| 15-Apr-18 | 15-Apr-18 | Symbion Power Holdings LLC | Mandroseza power plant additional recharges - Period February 2018 | 122,900.00 | | | |
| 19-Apr-18 | 19-Apr-18 | Symbion Power Holdings LLC | Mandroseza power plant additional recharges - Period February 2018 | 140,232.00 | | | |
| 23-Apr-18 | 23-Apr-18 | Symbion Mandroseza Mauritius Limited | Loan repayment | 300,000.00 | | 300,000.00 | - |
| 9-May-18 | 9-May-18 | Symbion Power Holdings LLC | Mandroseza power plant additional recharges - Period February 2018 | 104,192.00 | | | |
| 22-May-18 | 22-May-18 | Symbion Power Holdings LLC | Mandroseza power plant additional recharges - Period February 2018 | 70,212.00 | | | |
| 24-May-18 | 24-May-18 | Symbion Mandroseza Mauritius Limited | Loan repayment | 300,000.00 | | 300,000.00 | - |
| 31-May-18 | 31-May-18 | Symbion Power Holdings LLC | Mandroseza power plant additional recharges | 100,000.00 | | | |

| Date | Date | Entity | Description | Amount | | |
|---|---|---|---|---|---|---|
| 25-Jun-18 | 25-Jun-18 | Symbion Power Holdings LLC | Mandroseza power plant additional recharges | 58,060.00 | | |
| 25-Jun-18 | 25-Jun-18 | Symbion Mandroseza Mauritius Limited | Loan repayment | 90,000.00 | 90,000.00 | - |
| 27-Jun-18 | 27-Jun-18 | Symbion Mandroseza Mauritius Limited | Loan repayment | 210,000.00 | 210,000.00 | - |
| 28-Jun-18 | 28-Jun-18 | Symbion Power Holdings LLC | Mandroseza power plant additional recharges | 40,795.00 | | |
| 4-Jul-18 | 4-Jul-18 | Symbion Power Holdings LLC | Mandroseza power plant additional recharges | 102,350.00 | | |
| 17-Jul-18 | 17-Jul-18 | Symbion Energy Services | Service fees - June | 10,000.00 | | |
| 18-Jul-18 | 18-Jul-18 | Symbion Power Holdings LLC | Mandroseza power plant additional recharges | 120,703.00 | | |
| 20-Jul-18 | 20-Jul-18 | Symbion Mandroseza Mauritius Limited | Loan repayment | 300,000.00 | 300,000.00 | - |
| 9-Aug-18 | 9-Aug-18 | Symbion Power Holdings LLC | Mandroseza power plant additional recharges | 139,385.00 | | |
| 23-Aug-18 | 23-Aug-18 | Symbion Power Holdings LLC | Mandroseza power plant additional recharges | 57,898.00 | | |
| 24-Aug-18 | 24-Aug-18 | Symbion Mandroseza Mauritius Limited | Loan repayment | 300,000.00 | 300,000.00 | - |
| 5-Sep-18 | 5-Sep-18 | Symbion Power Holdings LLC | Mandroseza power plant additional recharges | 98,239.00 | | |
| 3-Oct-18 | 3-Oct-18 | Symbion Power Holdings LLC | Mandroseza power plant additional recharges | 120,000.00 | | |
| 16-Oct-18 | 16-Oct-18 | Symbion Power Holdings LLC | Mandroseza power plant additional recharges | 10,000.00 | | |
| 26-Oct-18 | 26-Oct-18 | Symbion Power Holdings LLC | Mandroseza power plant additional recharges | 100,000.00 | | |
| 13-Nov-18 | 13-Nov-18 | Symbion Mandroseza Mauritius Limited | Loan repayment | 300,000.00 | 300,000.00 | |
| 11-Dec-18 | 11-Dec-18 | Symbion Mandroseza Mauritius Limited | Loan repayment | 600,000.00 | 600,000.00 | |
| 11-Dec-18 | 11-Dec-18 | Symbion Power Holdings LLC | Mandroseza power plant additional recharges | 120,000.00 | | |
| 28-Dec-18 | 28-Dec-18 | Symbion Mandroseza Mauritius Limited | Loan repayment | 300,000.00 | 300,000.00 | |
| 3-Jan-19 | 3-Jan-19 | Symbion Mandroseza Mauritius Limited | ESAH Service fees | 70,000.00 | | 70,000.00 |
| 15-Jan-19 | 15-Jan-19 | Symbion Power Holdings LLC | Mandroseza power plant additional recharges | 150,000.00 | | |
| 13-Feb-19 | 13-Feb-19 | Symbion Mandroseza Mauritius Limited | Loan repayment | 300,000.00 | 300,000.00 | |
| 13-Feb-19 | 13-Feb-19 | Symbion Power Holdings LLC | Mandroseza power plant additional recharges | 100,000.00 | | |
| | | | | | | |
| | | | | | | |
| | | **Total Symbion Power Services US Inc.** | | 9,919,345.00 | | |
| | | **Total général** | | 10,069,345.00 | 4,200,000.00 | 180,800.00 |

| ESAH Total | Symbion |
|---|---|
| - | 10,000.00 |
| - | 10,000.00 |
| - | |
| - | 80,000.00 |
| - | 50,000.00 |
| - | |
| - | 5,000.00 |
| - | 10,000.00 |
| | |
| - | 80,000.00 |
| - | 100,000.00 |
| - | 85,000.00 |
| | |
| - | 200,000.00 |
| | |
| - | 100,000.00 |
| | |
| - | 100,000.00 |
| | |
| - | 100,000.00 |
| | |
| - | 20,000.00 |
| | |
| - | 150,000.00 |
| | |
| - | 42,000.00 |
| | |
| - | 80,000.00 |
| | |
| - | 100,000.00 |
| | |
| - | 60,000.00 |
| | |
| - | 233,949.00 |
| | |
| - | 84,000.00 |
| | |
| - | 100,000.00 |
| | |
| - | 310,000.00 |
| | |
| - | 100,000.00 |
| | |
| - | 120,000.00 |
| | |
| - | 104,550.00 |
| 300,000.00 | |
| | |
| - | 43,050.00 |
| | |
| - | 215,250.00 |
| - | 209,100.00 |
| 300,000.00 | |
| | |
| - | 39,360.00 |
| | |
| - | 100,860.00 |
| | |
| - | 233,700.00 |
| | |
| - | 104,550.00 |
| | |
| - | 104,550.00 |
| 300,000.00 | |
| 110,800.00 | |
| | |
| - | 79,950.00 |
| | |
| - | 184,500.00 |
| | |
| - | 61,500.00 |
| | |
| - | 51,660.00 |
| 300,000.00 | |
| | |
| - | 61,050.00 |
| | |
| - | 122,900.00 |
| | |
| - | 140,232.00 |
| 300,000.00 | |
| | |
| - | 104,192.00 |
| | |
| - | 70,212.00 |
| 300,000.00 | |
| - | 100,000.00 |

| | |
|---|---|
| - | 58,060.00 |
| 90,000.00 | |
| 210,000.00 | |
| - | 40,795.00 |
| - | 102,350.00 |
| - | 10,000.00 |
| - | 120,703.00 |
| 300,000.00 | |
| - | 139,385.00 |
| - | 57,898.00 |
| 300,000.00 | |
| - | 98,239.00 |
| - | 120,000.00 |
| - | 10,000.00 |
| - | 100,000.00 |
| 300,000.00 | |
| 600,000.00 | |
| - | 120,000.00 |
| 300,000.00 | |
| 70,000.00 | |
| - | 150,000.00 |
| 300,000.00 | |
| - | 100,000.00 |
| - | |
| - | |
| - | |
| 4,380,800.00 | 5,688,545.00 |