# EXHIBIT 1

ANDRIANZANATANY FREDERIKA BANKS

Attorney, Madagascar Bar

LOGT P4 F4 CITE FITIAVANA TAMATAVE-Tel: 032.40.725.63- Email: Frederikabanks@gmail.com

COMPLAINT FOR ABUSE OF CORPORATE ASSETS AND BREACH OF TRUST

MADAM PUBLIC PROSECUTOR

COURT OF FIRST INSTANCE

PALACE OF JUSTICE ANOSY-ANTANANARIVO

The company SYMBION POWER MANDROSEZA, having its headquarters at Building A1 Explorer Business Park Ankorondrano Antananarivo, acting on behalf of its manager;

Which has as its Counsel Maitre ANDRIANZANATANY FREDERIKA BANKS, practicing at logt P4 F4 Cite Fitiavana Tamatave;

Has the honor to inform you that:

SYMBION POWER MANDROSEZA is a company that operates electric power plants, which is managed by Ms. MIRELA COMANICIU;

SYMBION is composed of 03 shareholders who are: SYMBION POWER LLC, VIMA REAL ESTATE SARL and SYMBION MANDROSEZA MAURITIUS LIMITED;

That the appointment of Ms. MIRELA as manager was proposed by one of the shareholders, SYMBION POWER LLC, which has as its director Mr. PAUL DAVID HINKS, who is also one of the managers of SYMBION POWER MANDROSEZA;

That Mr. PAUL DAVID HINKS is a director of several other companies called SYMBION which have no connection with SYMBION POWER MANDROSEZA;

ON BREACH OF TRUST AND MISUSE OF CORPORATE ASSETS

That during her management, Ms. MIRELA made 59 fraudulent transfers (see details on chart) of the assets of SYMBION POWER MANDROSEZA for the benefit of the SYMBION companies directed by PAUL HINKS abroad;

That the total amount of these fraudulent transfers is 5,750,000 dollars;

That these fraudulent transfers could only have been made with the concerted action of PAUL HINKS, who benefited from these fraudulent transfers, and MIRELA, who had diverted the assets of SYMBION POWER MANDROSEZA to PAUL HINKS'S companies;

That the actions of MIRELA and PAUL HINKS result in a breach of trust that is punishable under Article 408 of the Penal Code:

Art. 408 Penal Code - *Any person who has misappropriated or dissipated, to the prejudice of the owners*, possessors or holders, effects, *money*, goods, bills, receipts or any other writings containing or carrying out obligations or discharges, which have been given to him only by way of lease, deposit, mandate, pledge, loan for use, or for any salaried or non-salaried work, with the obligation to return or represent them, or to make a specific use or employment of them, *shall be punished by the penalties set forth in Article 406*.

And in misuse of corporate property, the penalty and punishment for which is provided in Article 931:

Art. 931 of Law 2003-036 – The following individuals shall be punished by a fine of twenty five (25) million or five million ariary to two hundred (200) million FMG or forty million ariary, and from two months to two years of imprisonment or one of these two penalties only: *the manager of the limited liability company*, the directors, the chief executive officer, the general manager, the managing director or the deputy general manager who, in bad faith, use the company's assets or credit, *which they knew to be contrary to the company's interests, for personal, material or moral ends,* or *to benefit another company in which they were directly or indirectly involved*.

That is why, Madame Prosecutor, SYMBION POWER MANDROSEZA hereby files a complaint for breach of trust and abuse of corporate assets against MIRELA COMANICIU, PAUL HINKS and all those who have participated in these offenses;

ON THE DAMAGES AND THE CLAIM FOR DAMAGES

SYMBION POWER MANDROSEZA is currently on the verge of bankruptcy because the assets that should have been used to pay suppliers and taxes have been diverted by MIRELA to various SYMBION companies directed by PAUL HINKS;

Furthermore, the situation of SYMBION POWER MANDROSEZA has worsened due to the fact that the company can no longer pay its expenses because its bank accounts have been blocked as a result of MIRELA's misdeeds and the company is forced to take other commitments to pay these expenses;

Therefore, SYMBION POWER MANDROSEZA will be a civil party and will ask for damages to be set at the hearing:

ALL RIGHTS RESERVED

Antananarivo, March 03, 2020

Enc.: Articles of Association and table of fraudulent transfers.

                                              RESPECTFULLY,
                                              THE ATTORNEY

Address of MIRELA COMANICIU AND PAUL HINKS:

VILLA 27 RESIDENCE SIDI MAHATONY IVANDRY ANTANANARIVO



100 Park Avenue, 16th Fl

New York, NY 10017

www.consortra.com

STATE of NEW YORK    )
                     )                    ss:
COUNTY of NEW YORK   )

### CERTIFICATE OF ACCURACY

This is to certify that the attached document, "B001 - PAC Complaint-c2-c2-c2"-- originally written in *French* -- is, to the best of our knowledge and belief, a true, accurate, and complete translation into *English*.

Dated: 3/23/2022                                    Sworn to and signed before ME
                                                    This 23rd day of March, 2022

*Susannah Smith*                                    *James G Mamera*
_____                                 _____
Susannah Smith                                      Notary Public
Project Manager
Consortra Translations

JAMES G MAMERA
Notary Public - State of New York
No. 01MA6157195
Qualified in New York County
My Commission Expires Dec. 4, 2022



New York, NY  |  Washington DC  |  Houston, TX  |  San Francisco, CA  |  Hong Kong

## ANDRIANZANATANY FREDERIKA BANKS

AVOCAT AU BARREAU DE MADAGASCAR

LOGT P4 F4 CITE FITIAVANA TAMATAVE – Tel : 032.40.725.63 – Email : Frederikabanks@gmail.com

N° 1200-PRT/PLAINTE/20
04 - 02 - 2020

PLAINTE POUR ABUS DES BIENS SOCIAUX ET ABUS DE CONFIANCE

MADAME LE PROCUREUR DE LA REPUBLIQUE

TRIBUNAL DE PREMIERE INSTANCE

PALAIS DE JUSTICE ANOSY – ANTANANARIVO

ARRIVEE SOUS
N° 132 MSP/SG/DGPN/DRIEFSI/CAB
0 5 MARS 2020

Que La société SYMBION POWER MANDROSEZA ayant son siège social au Bâtiment A1 Explorer Business Park Ankorondrano Antananarivo agissant pour le compte de son gérant;

Ayant pour Conseil, Maître ANDRIANZANATANY FREDERIKA BANKS, exerçant au logt P4 F4 Cité Fitiavana Tamatave;

A l'honneur de vous exposer que :

Que La société SYMBION POWER MANDROSEZA est une société d'exploitation de centrales électriques qui est gérée par Dame MIRELA COMANICIU ;

Que la société SYMBION est composée de 03 actionnaires qui sont :SYMBION POWER LLC , VIMA REAL ESTATE SARL, SYMBION MANDROSEZA MAURITIUS LIMITED ;

Que la nomination de Dame MIRELA en tant que gérante a été proposée par un des actionnaires ,SYMBION POWER LLC qui a pour administrateur Sieur PAUL DAVID HINKS qui est à la fois aussi un des gérants de SYMBION POWER MANDROSEZA ;

Que Sieur PAUL DAVID HINKS administre plusieurs autres sociétés dénommés SYMBION qui n'ont aucun lien avec La société SYMBION POWER MANDROSEZA ;

### SUR L'ABUS DE CONFIANCE ET LES ABUS DES BIENS SOCIAUX

Que durant sa gérance, Dame MIRELA a fait 59 virements frauduleux (Voir détails dans le tableau) des avoirs de La société SYMBION POWER MANDROSEZA au profit des sociétés SYMBION administrées par PAUL HINKS qui sont à l'extérieur ;

Dont le montant total de ces virements frauduleux est de *5.750.000Dollars* ;

Que ces virements frauduleux n'ont pu se faire qu'avec la concertation des actions de PAUL HINKS qui bénéficient de ces virements frauduleux et de MIRELA qui avait détourné les avoirs de SYMBION POWER MANDROSEZA vers les sociétés de PAUL HINKS ;

Que les agissements de MIRELA et de PAUL HINKS se traduisent par des abus de confiance peine prévu et puni par l'art 408CP :

Art. 408CP - *Quiconque aura détourné ou dissipé au préjudice des propriétaires*, possesseurs ou détenteurs, des effets, *deniers*, marchandises, billets, quittances ou tous autres écrits contenant ou opérant obligation ou décharge, qui ne lui auraient été remis qu'à titre de louage, de dépôt, de mandat, de nantissement, de prêt à usage, ou pour un travail salarié ou non salarié, à la charge de les rendre ou représenter, ou d'en faire un usage ou un emploi déterminé, *sera puni des peines portées en l'article 406.*

Et par des biens abus des biens sociaux peine prévu et puni par l'art 931 :

Art. 931 de la Loi 2003-036- Seront punis d'une amende de vingt cinq (25) millions ou cinq millions ariary à deux cent (200) millions de FMG ou quarante millions ariary et de deux mois à deux ans d'emprisonnement ou de l'une de ces deux peines seulement, le *gérant de la société* à responsabilité limitée, les administrateurs, le président directeur général, le directeur général, l'administrateur général ou l'administrateur général adjoint qui, de mauvaise foi, *font des biens ou du crédit de la société*, *un usage qu'ils savaient contraire à l'intérêt de celle-ci*, à *des fins personnelles, matérielles ou morales*, ou *pour favoriser une autre personne morale dans laquelle ils étaient intéressés, directement ou indirectement.*

C'est pourquoi, MADAME LE PROCUREUR DE LA REPUBLIQUE, La société SYMBION POWER MANDROSEZA porte plainte pour abus de confiance et abus des biens sociaux contre MIRELA COMANICIU, PAUL HINKS et tous ceux qui ont participé dans ces infractions ;

## SUR LES PREJUDICES ET LA DEMANDE DES DOMMAGES INTERETS

Qu'actuellement La société SYMBION POWER MANDROSEZA est au bord de la faillite car les avoirs qui devrait servir à payer les fournisseurs et les impôts et taxe ont été détournés par MIRELA au profit des diverses sociétés SYMBION administrées par PAUL HINKS ;

Que de plus, la situation de La société SYMBION POWER MANDROSEZA s'est aggravée dû aux faits que la société ne peut plus faire face au paiement de ses charges car ses comptes bancaires sont bloqués dû aux méfaits de MIRELA et qu'elle est obligée de prendre d'autres engagements pour faire face au paiement de ces charges ;

C'est pourquoi, La société SYMBION POWER MANDROSEZA se portera partie civile et demandera des dommages intérêts qui seront fixés à l'audience ;

SOUS TOUTES RESERVES

POUR PLAINTE RESPECTUEUSE

Antananarivo le 03 mars 2020

L'AVOCAT.

PJ : Statut et le tableau retraçant les virements frauduleux.

Adresse MIRELA COMANICIU et PAUL HINKS :

VILLA 27 RESIDENCE SIDI MAHATONY IVANDRY ANTANANARIVO