UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE APPLICATION OF ZOUZAR BOUKA; VISION INDIAN OCEAN S.A.; AND VIMA REAL ESTATE S.A.R.L. FOR AN ORDER DIRECTING DISCOVERY FROM PAUL HINKS; SYMBION POWER SERVICES U.S., INC.; SYMBION POWER LLC; SYMBION POWER HOLDINGS LLC; SYMBION POWER AFRICA, LLC; AND SYMBION ENERGY HOLDINGS LTD. PURSUANT TO 28 U.S.C. § 1782 | Case No. 22 Misc. _____ |

**DECLARATION OF KIMBERLY GULINO IN SUPPORT OF *EX PARTE* APPLICATION FOR AN ORDER TO CONDUCT DISCOVERY FOR USE IN A FOREIGN PROCEEDING PURSUANT TO 28 U.S.C. § 1782**

1. I am a paralegal at Steptoe & Johnson LLP. I make this Declaration to place before the Court certain publicly-available documents.

2. Attached hereto as **Exhibit 1** is a true and correct copy of the "About Symbion" page, as downloaded from Symbion's website at www.symbion-power.com/about-symbion/.

3. Attached hereto as **Exhibit 2** is a true and correct copy of the "Leadership" page, as downloaded from Symbion's website at www.symbion-power.com/leadership/.

4. Attached hereto as **Exhibit 3** is a true and correct copy of the order of the United States Court of Appeals for the District of Columbia Circuit in *Venco Imtiaz Constr. Co. v. Symbion Power LLC*, as downloaded from the Court's website.

5. Attached hereto as **Exhibit 4** is a true and correct copy of an order of the United States District Court for the Southern District of New York in *RSS Judgment Enforcement LLC*

1

*v. Symbion Power Tanzania Ltd., et al.*, No. 1:21-cv-04331-LAK, as downloaded from the Court's electronic docket.

6. Attached hereto as **Exhibit 5** is a true and correct copy of a Verified Complaint filed in the Delaware Court of Chancery in *Hoets v. Hart Security Holdings, Ltd.*, No. 2019-0426, as downloaded from Westlaw Dockets.

7. Attached hereto as **Exhibit 6** is a true and correct copy of an Affidavit of Paul Hinks in *RSS Judgment Enforcement LLC v. Symbion Power Tanzania Ltd., et al.*, No. 1:21-cv-04331-LAK, ECF No. 65 (S.D.N.Y. Jun. 23, 2021), as downloaded from the Court's electronic docket.

8. Attached hereto as **Exhibit 7** is a true and correct copy of a Verified Complaint filed in the Supreme Court of the State of New York, New York County, in *Kurtzman v. Dokoupil, et al.*, Index No. 161149/2020, as downloaded from the Court's electronic docket.

9. Attached hereto as **Exhibit 8** is a true and correct copy of an Amended Answer filed in the United States District Court for the District of New Mexico in *Wilson v. Hinks*, No. 15-cv-00853 (D.N.M. Aug. 18, 2016), as downloaded from the Court's electronic docket.

10. Attached hereto as **Exhibit 9** is a true and correct copy of a declaration filed in the United States District Court for the Western District of North Carolina in *Pike Electric, LLC, et al. v. Symbion Power, LLC, et al.*, No. 3:12-cv-120 (W.D.N.C. Feb. 23, 2012), as downloaded from the Court's electronic docket.

11. Attached hereto as **Exhibit 10** is a true and correct copy of a Memorandum of Law filed in the United States District Court for the Southern District of New York in *RSS Judgment Enforcement LLC v. Symbion Power Tanzania Ltd., et al.*, No. 1:21-cv-04331-LAK, ECF No. 46 (S.D.N.Y. Jun. 18, 2021), as downloaded from the Court's electronic docket.

12. Attached hereto as **Exhibit 11** is a true and correct copy of a Verified Answer filed in the Supreme Court of the State of New York, New York County, in *Matthews v. Symbion Power LLC*, Index No. 653331/2019 (N.Y. Sup. Ct. Mar. 6, 2020), as downloaded from the Court's electronic docket.

13. Attached hereto as **Exhibit 12** is a true and correct copy of the "Contact Symbion" page, as downloaded from Symbion's website at www.symbion-power.com/contact-symbion/.

14. Attached hereto as **Exhibit 13** is a true and correct copy of an article in "Business Chief EMEA" entitled "EXCLUSIVE: Interview with Symbion Power CEO Paul Hinks," as downloaded from https://businesschief.eu/leadership-and-strategy/exclusive-interview-symbion-power-ceo-paul-hinks.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed in ___New York, NY___ on this __22nd__ day of March 2022.

*Kimberly Gulino*

Kimberly Gulino