UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE APPLICATION OF ZOUZAR BOUKA;<br>VISION INDIAN OCEAN S.A.;<br>AND VIMA REAL ESTATE S.A.R.L.<br>FOR AN ORDER DIRECTING DISCOVERY FROM<br>SYMBION POWER SERVICES U.S., INC.;<br>SYMBION POWER LLC;<br>SYMBION POWER HOLDINGS LLC;<br>SYMBION POWER AFRICA, LLC;<br>SYMBION ENERGY HOLDINGS LTD.; AND<br>PAUL HINKS<br>PURSUANT TO 28 U.S.C. § 1782 | Case No. 22 Misc. 92 (RA) |

**CORPORATE DISCLOSURE STATEMENT OF VIMA REAL ESTATE SARL**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Applicant VIMA Real Estate SARL certifies that it has no parent corporation and no publicly-traded corporation owns more than 10% of its stock.

Dated: March 24, 2022          Respectfully submitted,

/s/ Robert W. Mockler
Robert W. Mockler
rmockler@steptoe.com
STEPTOE & JOHNSON LLP
1114 Avenue of the Americas
New York, New York  10036-7703
Telephone:     212 506 3900
Facsimile:     212 506 3950

1

Doc #  NY/25391895v4