UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE APPLICATION OF ZOUZAR BOUKA; VISION INDIAN OCEAN S.A.; AND VIMA REAL ESTATE S.A.R.L. FOR AN ORDER DIRECTING DISCOVERY FROM SYMBION POWER SERVICES U.S., INC; SYMBION POWER LLC; SYMBION POWER HOLDINGS LLC; SYMBION POWER AFRICA, LLC; SYMBION ENERGY HOLDINGS LTD.; AND PAUL HINKS PURSUANT TO 28 U.S.C. § 1782 | 22-MC-00092 (RA)<br><br>**NOTICE OF APPEARANCE** |

PLEASE TAKE NOTICE that Richard D. Emery of EMERY CELLI BRINCKERHOFF ABADY WARD & MAAZEL LLP hereby appears as counsel for Symbion Power Services U.S., Inc., Symbion Power LLC, Symbion Power Holdings LLC, Symbion Power Africa, LLC, and Paul Hinks ("Symbion"), for the limited purpose of moving to intervene and oppose the above-entitled miscellaneous proceeding, and requests that all papers filed through the, and requests that all papers filed through the ECF system be served upon him by email at remery@ecbawm.com.

Dated:   New York, New York
         March 28, 2022

                                       EMERY CELLI BRINCKERHOFF ABADY WARD
                                       & MAAZEL LLP

                                       By: _____/s/_____
                                             Richard D. Emery
                                             600 Fifth Avenue, 10th Floor
                                             New York, NY 10020
                                             (212) 763-5000

                                       *Attorneys for Symbion Power Services U.S., Inc.,*
                                       *Symbion Power LLC, Symbion Power Holdings LLC,*
                                       *Symbion Power Africa, LLC, and Paul Hinks*