# Exhibit A

**Mr Zouzar BOUKA**
**SYMBION POWER MANDROSEZA Co-manager**

**Mrs Prosecutor**
**Anti-Corruption Pole of Antananarivo**

Antananarivo, October, 05th 2021

**Case names**: SYMBION POWER MANDROSEZA SARL vs Paul David HINKS and Mirela
COMANICIU
**Case reference**: 21/CHAC/21/PAC/TANA/021/21-CR/PAC/TANA
**Re**: Discontinuance of Complaint

Mrs Prosecutor:

I, the undersigned, declare :

- to withdraw my complaint lodged on December 3, 2020 in the name and on behalf of
  SYMBION POWER MANDROSEZA SARL and;

- to waive all action against Paul David HINKS and Mirela COMANICIU.

My decision is final.

Best regards,

Mr Zouzar BOUKA
Co-Manager SYMBION POWER MANDROSEZA SARL