# EXHIBIT A

| | |
|---|---|
| **From:** | Nicky Doran <N.Doran@cgslegal.global> |
| **Sent:** | Wednesday, October 13, 2021 11:23 AM |
| **To:** | Alessandro Rollo; Ania Farren; James Palmer |
| **Cc:** | Gurm Sanger |
| **Subject:** | Our Client: Mr Zouzar Bouka Your Clients: (1) Lord Richard Westbury (2) Mr Paul Hinks (3) Mr Robert Hersov (4) Russet Marketing Limited |

Dear Sirs

Further to our conversation a moment ago (Rollo/Doran), I'm grateful for confirmation that you accept the letters to the Prosecutor signed by our client were sent in error and that they will not be used by Omnia Strategy. It is also noted that a copy of these letters was also sent in error under cover of an email dated 6 October 2021 ( 15.28).

In our conversation it was made clear by me that this undertaking should also extend to your clients.  Any use of this letter in any proceedings be it in New York or Madagascar or anywhere else would be in breach of clause 6.3 of the Settlement Agreement and I look forward to receiving confirmation from you that the letters will be returned.

Yours faithfully

Nicholas Doran

Solicitor Advocate



8A Cranbrook Road
Ilford
Essex
IG1 4DJ
**T: 020 7781 9399**

DISCLAIMER NOTICE
The information contained in this e-mail and any attachments is confidential and may be the subject of legal, professional or other privilege. It is intended only for the named addressee(s) and may not be disclosed to anyone else without the consent of CGS Legal. If you are not the named addressee you must not use, disclose, distribute, copy, print or rely on the contents of the e-mail and should destroy it immediately.

This e-mail message has been swept for the presence of computer viruses, however no responsibility is accepted or implied for damage caused by any virus contained within it.

We do not accept service by fax or e-mail.