# EXHIBIT B

| | |
|---|---|
| **From:** | Alessandro Rollo <ARollo@omniastrategy.com> |
| **Sent:** | Wednesday, October 13, 2021 12:28 PM |
| **To:** | Nicky Doran; Ania Farren; James Palmer |
| **Cc:** | Gurm Sanger |
| **Subject:** | RE: Our Client: Mr Zouzar Bouka Your Clients: (1) Lord Richard Westbury (2) Mr Paul Hinks (3) Mr Robert Hersov (4) Russet Marketing Limited |

Dear Sirs,

Thank you for your call and emails regarding the Clause 6.3 letters.

We understand these have been distributed to us in error and, although we do not have any hard copies to return/delete and only received electronic versions, we confirm that Omnia will not use them except in accordance with the provisions of the Settlement Agreement.

Please note that Omnia cannot give any undertakings insofar as third parties have copies of the letters, namely our clients. However, we will inform our clients of the error and we will advise them that they are also bound by the Settlement Agreement in respect of the Clause 6.3 letters.

Yours faithfully,
Omnia Strategy LLP


**Alessandro Rollo**
Associate
**Omnia Strategy LLP**

Email: arollo@omniastrategy.com  | Website: www.omniastrategy.com
Telephone: +44 (0) 20 3915 6006  | Direct Dial +44 (0) 20 3915 6018  | Mobile: +44(0)7766 407 429

Omnia Strategy LLP is a limited liability partnership registered in England and Wales (registered number OC368522) and is authorised and regulated by the Solicitors Regulation Authority ("SRA") with registration No. 591237.  Its registered address is 55 Baker Street, London W1U 7EU.  The information contained in this email, including any attachments, is confidential and may be privileged.  It is intended solely for the use of the individual or organisation to whom it is addressed.  If you are not the intended recipient, please notify the sender immediately. You are not to copy, use, disclose or distribute this email or its contents to any other person

**From:** Nicky Doran <N.Doran@cgslegal.global>
**Sent:** 13 October 2021 16:23
**To:** Alessandro Rollo <ARollo@omniastrategy.com>; Ania Farren <AFarren@omniastrategy.com>; James Palmer <JPalmer@omniastrategy.com>
**Cc:** Gurm Sanger <G.Sanger@cgslegal.global>
**Subject:** Our Client: Mr Zouzar Bouka Your Clients: (1) Lord Richard Westbury (2) Mr Paul Hinks (3) Mr Robert Hersov (4) Russet Marketing Limited

Dear Sirs

Further to our conversation a moment ago (Rollo/Doran), I'm grateful for confirmation that you accept the letters to the Prosecutor signed by our client were sent in error and that they will not be used by Omnia Strategy.  It is also noted that a copy of these letters was also sent in error under cover of an email dated 6 October 2021 ( 15.28).

1

In our conversation it was made clear by me that this undertaking should also extend to your clients. Any use of this letter in any proceedings be it in New York or Madagascar or anywhere else would be in breach of clause 6.3 of the Settlement Agreement and I look forward to receiving confirmation from you that the letters will be returned.

Yours faithfully


Nicholas Doran

Solicitor Advocate



8A Cranbrook Road
Ilford
Essex
IG1 4DJ
**T: 020 7781 9399**


DISCLAIMER NOTICE
The information contained in this e-mail and any attachments is confidential and may be the subject of legal, professional or other privilege. It is intended only for the named addressee(s) and may not be disclosed to anyone else without the consent of CGS Legal. If you are not the named addressee you must not use, disclose, distribute, copy, print or rely on the contents of the e-mail and should destroy it immediately.

This e-mail message has been swept for the presence of computer viruses, however no responsibility is accepted or implied for damage caused by any virus contained within it.

We do not accept service by fax or e-mail.