# EXHIBIT C

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| IN RE APPLICATION OF ZOUZAR BOUKA; VISION INDIAN OCEAN S.A.; AND VIMA REAL ESTATE S.A.R.L. FOR AN ORDER DIRECTING DISCOVERY FROM PAUL HINKS; SYMBION POWER SERVICES U.S., INC.; SYMBION POWER LLC; SYMBION POWER HOLDINGS LLC; SYMBION POWER AFRICA, LLC; AND SYMBION ENERGY HOLDINGS LTD. PURSUANT TO 28 U.S.C. § 1782 | Case No.22-mc-00022-RA |

**SUPPLEMENTAL DECLARATION OF FREDERIKA BANKS ANDRIANZANATANY IN SUPPORT OF *EX PARTE* APPLICATION FOR AN ORDER TO CONDUCT DISCOVERY FOR USE IN A FOREIGN PROCEEDING PURSUANT TO 28 U.S.C. § 1782**

1. I submit this supplemental declaration regarding the ongoing criminal proceedings currently pending before the Pole Anti-Corruption ("**PAC**") in Antananarivo, Madagascar, against Mr. Paul Hinks and Mrs. Mirela Comaniciu (the "**PAC Proceedings**").

2. I have been made aware that on 29 March 2022, the counsel for Symbion Power Services U.S., Inc., Symbion Power LLC, Symbion Power Holdings LLC, Symbion Power Africa, LLC, and Paul Hinks ("**Symbion**") have submitted a letter ("**Exhibit A**") to this court that allegedly shows Mr. Zouzar Bouka "renouncing his complaint" to the PAC prosecutor and directing that the complaint from Symbion Power Mandroseza S.A.R.L. ("**SPARL**") be withdrawn.

3. I am the counsel of record for SPARL in the PAC proceedings, and I confirm that neither Exhibit A nor any other letter has been filed on record with the prosecutor in the PAC

1

2

Proceedings to withdraw SPARL's complaint. Neither SPARL nor Mr. Bouka have withdrawn SPARL's complaint. The criminal proceedings before the PAC against Mr. Paul Hinks and Mrs. Mirela Comaniciu remain pending.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed in Antananarivo on 30 March 2022.

[signature]
_____

Frederika Banks Andrianzanatany



100 Park Avenue, 16th Fl

New York, NY 10017

www.consortra.com

STATE of NEW YORK    )
                     )                ss:
COUNTY of NEW YORK   )

### CERTIFICATE OF ACCURACY

This is to certify that the attached document, "2022.03.30 Declaration of Frederika Banks-c2-c2-c2"-- originally written in *French* -- is, to the best of our knowledge and belief, a true, accurate, and complete translation into *English*.

Dated: 3/31/2022                              Sworn to and signed before ME
                                              This 31st day of March, 2022

*Susannah Smith*                              *James G Mamera*
_____                           _____
Susannah Smith                                Notary Public
Project Manager
Consortra Translations



JAMES G MAMERA
Notary Public - State of New York
No. 01MA6157195
Qualified in New York County
My Commission Expires Dec. 4, 2022

Your legal translation partner

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE APPLICATION OF ZOUZAR BOUKA; VISION INDIAN OCEAN S.A.; AND VIMA REAL ESTATE S.A.R.L. FOR AN ORDER DIRECTING DISCOVERY FROM PAUL HINKS; SYMBION POWER SERVICES U.S., INC.; SYMBION POWER LLC; SYMBION POWER HOLDINGS LLC; SYMBION POWER AFRICA, LLC; AND SYMBION ENERGY HOLDINGS LTD. PURSUANT TO 28 U.S.C. § 1782 | Case No.22-mc-00022-RA |

**SUPPLEMENTAL DECLARATION OF FREDERIKA BANKS ANDRIANZANATANY IN SUPPORT OF *EX PARTE* APPLICATION FOR AN ORDER TO CONDUCT DISCOVERY FOR USE IN A FOREIGN PROCEEDING PURSUANT TO 28 U.S.C. § 1782**

1. Je présente cette déclaration supplémentaire pour traiter des procédures pénales en cours devant le Pôle Anti-Corruption ("**PAC**") à Tananarive, Madagascar, contre M. Paul Hinks et Mme Mirela Comaniciu (la "**Procédure du PAC**").

2. J'ai été informée que, le 29 mars 2022, les avocats de Symbion Power Services U.S., Inc., Symbion Power LLC, Symbion Power Holdings LLC, Symbion Power Africa, LLC, et Paul Hinks ("**Symbion**") ont présenté une lettre ("**Pièce A**") à cette cour qu'ils réclament montre M. Zouzar Bouka "renonçant à sa plainte" au procureur du PAC et demandant que la plainte de Symbion Power Mandroseza S.A.R.L. ("**SPARL**") soit retirée.

3. Je suis l'avocat représentant SPARL dans les procédures du PAC, et je confirme par la présente que ni la Pièce A ni aucune autre lettre n'a été déposée auprès du procureur du PAC pour retirer la plainte de SPARL. Ni SPARL ni M. Bouka n'ont retiré la plainte de SPARL.

1

2

Les procédures pénales devant lePAC contre M. Paul Hinks et Mme MirelaComaniciu restent en cours.

Je déclare sur sous peine de parjure en vertu des lois des États-Unis d'Amérique que ce qui précède est vrai et correct.

Signé à Tananarivele 30 mars 2022.

_____
Frederika Banks Andrianzanatany

2