USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#:
DATE FILED: 04/12/2022

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

IN RE APPLICATION OF ZOUZAR BOUKA; VISION INDIAN OCEAN S.A.; AND VIMA REAL ESTATE S.A.R.L FOR AN ORDER PURSUANT TO 28 U.S.C. 1782

No. 22-MC-0092 (RA)

ORDER

RONNIE ABRAMS, United States District Judge:

Symbion Power Services U.S., Inc., Symbion Power LLC, Symbion Power Holdings LLC, Symbion Power Africa, LLC, and Paul Hinks have filed a letter motion to intervene pursuant to Federal Rule of Civil Procedure 24, to which Applicants Zouzar Bouka, Vision Indian Ocean S.A., and Vima Real Estate S.A.R.L. did not object. Accordingly, the motion to intervene is granted.

By separate order, the adjudication of the Section 1782 Application will be referred to Magistrate Judge Gorenstein, and the parties may direct any applications regarding a briefing schedule to him.

SO ORDERED.

Dated:   April 12, 2022
         New York, New York

_____
Ronnie Abrams
United States District Judge