## EMERY CELLI BRINCKERHOFF ABADY WARD & MAAZEL LLP

ATTORNEYS AT LAW
600 FIFTH AVENUE AT ROCKEFELLER CENTER
10TH FLOOR
NEW YORK, NEW YORK 10020

TEL: (212) 763-5000
FAX: (212) 763-5001
www.ecbawm.com

April 1, 2022

**By ECF**

MEMORANDUM ENDORSED

Hon Ronnie Abrams
United States District Court
Southern District of New York
40 Foley Square, Room 2203
New York, NY 10007

Re: *In Re Application of Zouzar Bouka,* 22-mc-00092-RA

Dear Judge Abrams:

This firm represents Symbion Power Services U.S., Inc., Symbion Power LLC, Symbion Power Holdings LLC, Symbion Power Africa, LLC, and Paul Hinks ("Symbion"). We write, to respond to the letter of today's date from counsel for Zouzar Bouka (Dkt. 14) and further to our request for leave to intervene in Mr. Bouka's *ex parte* application pursuant to 28 U.S.C. § 1782. We do not think that letter exchanges are the way to resolve the factual disputes in this matter. Rather, we hope the Court can set a schedule for plenary submissions.

Given our request to file a formal opposition, a complete refutation of the facts alleged in Mr. Bouka's recent filings is beyond the scope of this response; however, Mr. Bouka's convoluted attempt to explain away his signed statement withdrawing his Madagascar initiated criminal proceeding is important to respond to for the record. It is notable for what it does not dispute.

Mr. Bouka does not contest that he signed a statement in the context of settlement of civil proceedings revoking the criminal proceedings he alone initiated. He also does not contest that the Madagascar proceedings remain subject to dismissal on appeal. And he does not dispute that he does not have "the right to participate in [those] proceedings" unless and until the appellate court agrees and "the matter is remanded for trial." Dkt. 2 at 9.

The fact that he cannot use or submit any documents in those proceedings raises vexing questions about why he chose to highlight them in the public record in this Court and his track record in this matter of using Madagascar's criminal process to achieve civil remedies and influence this Court. We will supply further context for his strategic criminal filing and tactical renunciation of the withdrawal statement during civil settlement negotiations, in our forthcoming objections to his subpoena application.

EMERY CELLI BRINCKERHOFF ABADY WARD & MAAZEL LLP
Page 2

   Mr. Bouka's recent letters further underscore the need for a more complete record upon which to decide his application. Accordingly, Symbion renews its request that the Court (i) grant its now uncontested request to intervene; (ii) order its opposition to be filed on or before April 22, 2022; (iii) order that any reply be filed on or before May 6, 2022; and (iv) given the disputes concerning the Madagascar proceedings, order an evidentiary hearing at which Mr. Bouka can testify as to his actions.

Respectfully submitted,

Richard D. Emery

cc.    All counsel of Record

   The proposed schedule is approved.  Any application for an extension may be sought in accordance with paragraph 1.E of the Court's Individual Practices.

So Ordered.

GABRIEL W. GORENSTEIN
United States Magistrate Judge

   April 13, 2022