# UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE APPLICATION OF ZOUZAR BOUKA;<br>VISION INDIAN OCEAN S.A.;<br>AND VIMA REAL ESTATE S.A.R.L.<br>FOR AN ORDER DIRECTING DISCOVERY FROM<br>PAUL HINKS;<br>SYMBION POWER SERVICES U.S., INC.;<br>SYMBION POWER LLC;<br>SYMBION POWER HOLDINGS LLC;<br>SYMBION POWER AFRICA, LLC; AND<br>SYMBION ENERGY HOLDINGS LTD.<br><br>PURSUANT TO 28 U.S.C. § 1782 | Case No.22-mc-00092-RA-GWG |

## THIRD DECLARATION OF FREDERIKA BANKS ANDRIANZANATANY IN SUPPORT OF *EX PARTE* APPLICATION FOR AN ORDER TO CONDUCT DISCOVERY FOR USE IN A FOREIGN PROCEEDING PURSUANT TO 28 U.S.C. § 1782

1.      I submit this third declaration regarding the ongoing criminal proceedings currently pending before the Anti-Corruption Division (French acronym "**PAC**") in Antananarivo, Madagascar, against Mr. Paul Hinks and Ms. Mirela Comaniciu (the "**PAC Proceedings**").  I am counsel of record for Symbion Power Mandroseza S.A.R.L. ("**SPARL**") in the PAC proceedings.

2.      At the time of my second declaration to this Court on April 1, 2022 [Dkt. 14(3)], the PAC Proceedings were subject to an appeal by Mr. Hinks and Ms. Comaniciu before the Court of Cassation of Madagascar, the highest court on the island.

3.      I write to inform this Court that, on June 7, 2022, the Chief Clerk of the Court of Cassation notified me of the of written copy of Judgment No. 001/PCC/PEN/IRR22 of the Madagascar Court of Cassation (rendered by the President of the Court Ranary Rakotonavalona, J.) denying Mr. Hinks's and Ms. Comaniciu's appeal and remanding the case to the PAC's

Correctional Tribunal for a full trial.  A true and correct copy of the Court of Cassation's decision is hereby attached as **Exhibit A**.

5.      As a result of the Court of Cassation's decision, there will now be a trial of the criminal charges against Mr. Hinks and Ms. Comaniciu, and civil claims for damages sustained by the Company and its members may proceed.

6.      Because Applicant Mr. Zouzar Bouka is a managing director of SPARL, he can submit evidence during this trial on behalf of the Company. The issues relevant to the trial will include the transfer of the Company's funds to Mr. Hinks's personal entities, the circumstances under which these transfers were made, Mr. Hinks's awareness that the transfers were not authorized, the purpose of those transfers, and the prospects for  reimbursing these transfers as none of the funds have been returned to the Company.

7.      The Court of Cassation has ordered the immediate execution of its decision by the appropriate organs.  **Exhibit A**, at 2 ("*The Republic of Madagascar mandates and orders: all bailiffs to execute the present order, the public prosecutors and the public prosecutors of the Courts of First Instance to enforce it, all police commanders and officers to assist when legally required.*") [Translated from French]

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed in Antananarivo on June 24, 2022.

_____[signed]_____

Frederika Banks Andrianzanatany

2



100 Park Avenue, 16th Fl

New York, NY 10017

www.consortra.com

STATE of NEW YORK          )
                          )                    ss:
COUNTY of NEW YORK     )

### ***CERTIFICATE OF ACCURACY***

This is to certify that the attached document, "2022.06.24 Third Declaration of Frederika Banks"-- originally written in *French* -- is, to the best of our knowledge and belief, a true, accurate, and complete translation into *English*.

Dated: 6/24/2022

Susannah Smith
Project Manager
Consortra Translations

Sworn to and signed before ME
This 24th day of June, 2022

Notary Public

**JAMES G MAMERA**
Notary Public - State of New York
No. 01MA6157195
Qualified in New York County
My Commission Expires Dec. 4, 2022

Your
legal
translation
partner

## UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE APPLICATION OF ZOUZAR BOUKA;<br>VISION INDIAN OCEAN S.A.;<br>AND VIMA REAL ESTATE S.A.R.L.<br>FOR AN ORDER DIRECTING DISCOVERY FROM<br>PAUL HINKS;<br>SYMBION POWER SERVICES U.S., INC.;<br>SYMBION POWER LLC;<br>SYMBION POWER HOLDINGS LLC;<br>SYMBION POWER AFRICA, LLC; AND<br>SYMBION ENERGY HOLDINGS LTD.<br><br>PURSUANT TO 28 U.S.C. § 1782 | Case No.22-mc-00092-RA-GWG |

## THIRD DECLARATION OF FREDERIKA BANKS ANDRIANZANATANY IN SUPPORT OF *EX PARTE* APPLICATION FOR AN ORDER TO CONDUCT DISCOVERY FOR USE IN A FOREIGN PROCEEDING PURSUANT TO 28 U.S.C. § 1782

1.     Je soumets cette troisième déclaration au sujet de la procédure pénale actuellement en cours devant le Pôle Anti-Corruption ("**PAC**") à Antananarivo, Madagascar, contre M. Paul Hinks et Mme Mirela Comaniciu (la "**Procédure du PAC**").  Je suis l'avocat de Symbion Power Mandroseza S.A.R.L. ("**SPARL**") dans la Procédure du PAC.

2.     Lors de ma deuxième déclaration soumise à ce Tribunal le 1er avril 2022 [Dkt. 14(3)], la Procédure du PAC faisait l'objet d'un appel par M. Hinks et Mme Comaniciu devant la Cour de Cassation de Madagascar, la plus haute juridiction de l'île.

3.     J'écris pour informer le Tribunal que, le 07 Juin 2022, Mme le Greffier en Chef de la Cour de Cassation m'a notifié de la Grosse de l'Ordonnance n°001/PCC/PEN/IRR22 de la Cour de Cassation de Madagascar (rendu par le Président de la Cour de Cassation Ranary Rakotonavalona, J.) qui a déclaré irrecevable le pourvoi de M. Hinks et de Mme Comaniciu et

elle a renvoyé le dossier au Tribunal Correctionnel du PAC pour un procès complet et pour le jugement de M. Hinks et Mme. Comaniciu pour abus de biens sociaux. Une copie authentique et correcte de la décision de la Cour de Cassation est jointe en tant que **Pièce A**.

5.     Suite à la décision de la Cour de Cassation, il y aura désormais un procès pour les charges criminelles contre M. Hinks et Mme Comaniciu, et les réclamations civiles pour les dommages subis par la Société et ses membres pourront se poursuivre.

6.     Vu que le requérant M. Zouzar Bouka est un gérant de SPARL, il pourra présenter des preuves au cours de ce procès au nom de la Société SPARL. Les enjeux pertinents au procès comprendront les transferts de fonds de la Société aux entités personnelles de M. Hinks, les circonstances dans lesquelles ces transferts ont été effectués, la conscience qu'avait M. Hinks que les transferts n'étaient pas autorisés, le but de ces transferts, et les perspectives de remboursement de ces transferts puisqu'aucun des fonds n'a été retourné à la Société.

7.     La Cour de Cassation a ordonné l'exécution immédiate de sa décision par les organes appropriés. **Pièce A**, p. 2 (" *La République de Madagascar mande et ordonne : à tous huissiers sur ce requis de mettre la présente ordonnance à exécution ; aux procureurs généraux et aux procureurs de la République près les tribunaux de première instance d'y tenir la main ; à tous commandants et officiers de la force publique de prêter main forte lorsqu'ils en seront légalement requis* ").

Je déclare sous peine de parjure en vertu des lois des États-Unis d'Amérique que ce qui précède est vrai et correct.

Exécuté à Antananarivo le 24 juin 2022.

Frederika Banks Andrianzanatany

2