*[Illegible] from the minutes of the Clerk*
*of the Court of Cassation*

# ORDER No. 001/PCC/PEN/IRR/22

<u>DOS.659/21-Pen</u>

Mirela Comaniciu
Hinks Paul David
Norberto Narceda
Hector Alcantara, Defendant
    Atty. Philippe Disaine Rakotondramboahova
Cc:
MP and
Symbion Power Company

     We, RANARY RAKOTONAVALONA Robertson, President of the Court of Cassation;

     Given Article 74 of Institutional Law No. 2004-036 dated October 1, 2004, regarding the organization, powers, operation, and applicable procedure before the Supreme Court and the three Courts comprising it;

     Given the statement in Complaint No. 12/CHAC/21/PAC/TANA dated August 18, 2021, of Philippe Disaine RAKOTONDRAMBOAHOVA, Attorney, acting in the name and on behalf of MIRELA COMANICIU, HINKS Paul David, NORBERTO Narceda, and HECTOR Alcantara, defendants, against Ruling No. 59 dated August 16, 2021 of the Second Level Criminal Court of the Antananarivo Anti-Corruption Division, which partially quashed the partial dismissal order given by the examining judge of the 4th office of the Antananarivo Anti-Corruption Division dated June 30, 2021, in a new decision, ordered MIRELA Comaniciu to reappear before the Criminal Court to be judged according to law in a case of misuse of company assets and complicity, upholding the remainder of the decision;

     Given the conclusions of the Prosecutor at the Court of Cassation;

     Given the attached report;

     Considering that under the terms of Article 57 of Institutional Law No. 2004-036 dated October 1, 2004, the final rulings of the Criminal Court and the final decisions issued at the last level of criminal appeals can be overturned in case of a violation of the law on cassation complaints filed by the Public Prosecutor or the party damaged by them;

     Considering that Articles 58 of the same law: "The ruling of the indictment division regarding to a referral to a criminal court can only be challenged before the Court when it decides ex officio, or on the parties' objections, on competence, or when it has definitive provisions that the criminal court does not have the power to modify; appeals are inadmissible in all cases when a request for provisional release has been denied."

     That pursuant to the combined provisions of the aforementioned Articles, the appeal must be declared inadmissible.

[stamp : Madagascar Republic - Supreme Court - Court of Cassation]

**FOR THESE REASONS**

**WE RULE that the appeal is INADMISSIBLE.**

We order the plaintiff to pay the fine and costs.

Issued in our office on February twenty-eighth, two thousand twenty-two.

Signed,

**RANARY RAKOTONAVALONA Robertson**

**THEREFORE,**

THE REPUBLIC OF MADAGASCAR ORDERS:

ALL BAILIFFS ON THE REQUIREMENT TO EXECUTE THIS ORDER;

PROSECUTORS AND FEDERAL PROSECUTORS AT THE CRIMINAL COURTS TO ENFORCE IT;

ALL POLICE COMMANDERS AND OFFICERS TO ASSIST WHEN LEGALLY REQUIRED;

IN WITNESS WHEREOF, THIS EXECUTION COPY IS DELIVERED TO ATTORNEY RAKOTOARIVELO TOJONIAINA, REPLACING ATTORNEY ANDRIANZANATANY FREDERIKA BANKS, ATTORNEY ACTING BY PROXY FOR SYMBION POWER COMPANY MANDROSEZA, TO SERVE AS ENFORCEMENT.

Antananarivo, JUNE 7, 2022

[stamp : Madagascar Republic - Supreme Court - Court of Cassation]

CHIEF CLERK
OF THE COURT OF CASSATION

RAKOTONAVALONA HaingoTiana



100 Park Avenue, 16th Fl

New York, NY 10017

www.consortra.com

STATE of NEW YORK )
)           ss:
COUNTY of NEW YORK )

### CERTIFICATE OF ACCURACY

This is to certify that the attached document, "Ord n001_PCC_PEN_IRR_22 du 0622 (003)"-- originally written in *French* -- is, to the best of our knowledge and belief, a true, accurate, and complete translation into *English*.

Dated: 6/24/2022

Sworn to and signed before ME
This 24th day of June, 2022

_Susannah Smith_
Susannah Smith
Project Manager
Consortra Translations

_James G Mamera_
Notary Public

JAMES G MAMERA
Notary Public - State of New York
No. 01MA6157195
Qualified in New York County
My Commission Expires Dec. 4, 2022



Your legal translation partner

## ORDONNANCE N°001/PCC/PEN/IRR/22

<u>DOS.659 /21-Pen</u>

Mirela Comaniciu
Hinks Paul David
Norberto Narceda
Hector Alcantara, Prévenu
    Me Philippe Disaine Rakotondramboahova
C/
MP et
Société Symbion Power

Nous, RANARY RAKOTONAVALONA Robertson, Président de la Cour de Cassation ;

Vu l'article 74 de la loi organique n° 2004-036 du 1er octobre 2004 relative à l'organisation, aux attributions, au fonctionnement et à la procédure applicable devant la Cour Suprême et les trois Cours la Composant ;

Vu la déclaration de pourvoi N°12/CHAC/21/PAC/TANA du 18 Août 2021 de Me Philippe Disaine RAKOTONDRAMBOAHOVA, Avocat, agissant au nom et pour le compte de MIRELA COMANICIU, HINKS Paul David, NORBERTO Narceda et HECTOR Alcantara, accusés , contre l'arrêt N°59 du 16 Août 2021 de la Chambre D'accusation de la Juridiction de 2nd Degré du Pôle Anti-Corruption Antananarivo qui a infirmé partiellement l'ordonnance de non-lieu partiel rendu par le juge d'instruction 4ème cabinet du Pôle Anti-Corruption d'Antananarivo du 30 Juin 2021 et statuant à nouveau, ordonné le renvoi de MIRELA Comaniciu devant le Tribunal Correctionnel pour être jugé conformément à la loi dans une procédure d'abus de biens sociaux et complicité, confirmé pour le surplus;

Vu les conclusions du Procureur général près la Cour de Cassation ;

Vu le rapport y afférent ;

Attendu qu'aux termes de l'article 57 de la loi organique N°2004-036 du 1er Octobre 2004 les arrêts définitifs de la Chambre d'accusation et les décisions définitives rendues en dernier ressort en matière criminelle, correctionnelle et de simple police peuvent être annulés en cas de violation de la loi sur le pourvoi en cassation formé par le Ministère Public ou la partie à laquelle ils font grief ;

Attendu que les articles 58 de la même loi : « l'arrêt de la chambre d'accusation portant renvoi devant une juridiction pénale ne peut être attaqué devant la Cour que lorsqu'il statue d'office ou sur déclinatoire des parties, sur la compétence ou qu'il présente des dispositions définitives que la juridiction saisit de la prévention n'a pas le pouvoir de modifier, les pourvois sont irrecevables dans tous les cas de rejet d'une demande de mise en liberté provisoire ».

Qu'en application des dispositions combinées des articles précités, il y a lieu de déclarer le pourvoi irrecevable

PAR CES MOTIFS

DECLARONS le pourvoi IRRECEVABLE.

Condamnons le demandeur à l'amende et aux dépens.

Fait à notre cabinet le vingt-huit février deux mille vingt-deux.

Signé

RANARY RAKOTONAVALONA Robertson

EN CONSEQUENCE,

LA REPUBLIQUE DE MADAGASCAR MANDE ET ORDONNE :

A TOUS HUISSIERS SUR CE REQUIS DE METTRE LA PRESENTE ORDONNANCE A EXECUTION ;

AUX PROCUREURS GENERAUX ET AUX PROCUREURS DE LA REPUBLIQUE PRES LES TRIBUNAUX DE PREMIERE INSTANCE D'Y TENIR LA MAIN ;

A TOUS COMMANDANTS ET OFFICIERS DE LA FORCE PUBLIQUE DE PRETER MAIN FORTE LORSQU'ILS EN SERONT LEGALEMENT REQUIS ;

EN FOI DE QUOI, LA PRESENTE GROSSE EST DELIVREE A MAITRE RAKOTOARIVELO TOJONIAINA, SUBSTITUANT MAITRE ANDRIANZANATANY FREDERIKA BANKS, AVOCAT AGISSANT PAR PROCURATION EMANANT DE LA SOCIETE SYMBION POWER MANDROSEZA, POUR SERVIR DE TITRE EXECUTOIRE.

Antananarivo, le 0 7 JUIN 2022



Coût : 3,000 ar

LE GREFFIER EN CHEF
DE LA COUR DE CASSATION

RAKOTONAVALONA HaingoTiana