UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
IN RE: APPLICATION OF ZOUZAR BOUKA;
VISION INDIAN OCEAN S.A.; AND VIMA
REAL ESTATE S.A.R.L. FOR AN ORDER TO              ORDER
CONDUCT DISCOVERY FOR USE IN                      22 Misc. 92 (RA)(GWG)
FOREIGN PROCEEDINGS
-----------------------------------------------------------X

**GABRIEL W. GORENSTEIN, UNITED STATES MAGISTRATE JUDGE**

      With regard to Docket # 42, any motion for reconsideration shall be filed by November 11, 2022. Briefing thereafter shall be in accordance with paragraph 2.B of the Court's Individual Practices.

      SO ORDERED.

Dated: November 9, 2022
       New York, New York

_____
GABRIEL W. GORENSTEIN
United States Magistrate Judge