# EXHIBIT A



SYMBION POWER MANDROSEZA SA
Explorer Park, Ankorondrano, Bât.1,
Antananarivo 101
Madagascar



Monsieur Le Président
Tribunal Correctionnel du Pôle Anti-Corruption
67HA – Antananarivo 101

Antananarivo, le 31 octobre 2022

Objet :       Désistement de plainte contre M. Paul HINKS et Mme Mirela COMANICIU
Références :  N°178-RP/PAC/20/IP/TCO/ABS-028-CO/PAC/20
              N°21/CHAC/21/PAC/TANA 021/21-CR/PAC/TANA

Monsieur Le Président,

SYMBION POWER MANDROSEZA SA, prétendue plaignante dans l'affaire citée en marge, a respectueusement l'honneur de vous exposer que :

Nous souhaitons dissocier SYMBION POWER MANDROSEZA SA de la plainte pour abus de biens sociaux et abus de confiance déposée par M. Zouzar BOUKA, au nom et pour le compte de SYMBION POWER MANDROSEZA SARL contre M. Paul HINKS et Mme Mirela COMANICIU.

Pour les raisons sérieuses ci-après, nous vous prions de recevoir notre demande de désistement de plainte et de rejeter l'acte d'accusation résultant de ladite plainte. Nous vous exhortons en outre à exclure toute preuve que M. Zouzar BOUKA pourrait soumettre au Tribunal de céans au nom et pour le compte de SYMBION POWER MANDROSEZA SA ou de SYMBION POWER MANDROSEZA SARL.

Ladite plainte est dénuée de tout fondement. M. Zouzar BOUKA l'a déposée avec une intention malveillante en représailles contre ses adversaires qui ont entamé un arbitrage commercial international contre lui qui est en cours à New York, États-Unis. Cet arbitrage est né d'un litige commercial entre les actionnaires.

Ladite plainte est contraire aux intérêts de SYMBION POWER MANDROSEZA SA. Ses actionnaires, qui sont opposés à ladite plainte, demandent formellement l'abandon des poursuites.



## Rappel des faits et des procédures

1. Le 10 février 2020, les sociétés SYMBION ENERGY HOLDINGS LTD, SYMBION POWER HOLDINGS LLC et SYMBION POWER LLC introduisent une procédure d'arbitrage auprès du Centre international de règlement des différends (ICDR) à New York contre ALPHA INNOVATION MANAGEMENT, ESAH MANDROSEZA et VISION INDIAN OCEAN. Cette dernière appartient à Monsieur Zouzar BOUKA.
L'objet du litige porte sur les frais de gestion dus et payables à SYMBION ENERGY HOLDINGS LTD, POUR la réhabilitation, l'exploitation et l'entretien de la centrale électrique de Mandroseza.

2. Le 3 mars 2020, alors que l'arbitrage est encore pendant, M. Zouzar BOUKA dépose une plainte auprès de la Direction des Services Centraux d'Enquêtes Economiques et Financières de la Police, à Antananarivo contre Madame COMANICIU qui était alors la Directrice Générale de SYMBION POWER MANDROSEZA SARL (filiale de SYMBION MANDROSEZA MAURITIUS LIMITED).

3. A cette époque, M. Zouzar BOUKA est l'un des quatre gérants de SYMBION POWER MANDROSEZA SARL car sa société VIMA REAL ESTATE SARL détient 0,21 % des parts sociales du capital de SYMBION POWER MANDROSEZA SARL. Ces parts sociales lui ont été octroyées gratuitement.

4. Le 3 décembre 2020, M. Zouzar BOUKA, par l'intermédiaire de son avocate personnelle, Maître ANDRIANZANATANY Frederika Banks, dépose la même plainte auprès du Pôle Anti-Corruption d'Antananarivo. A la suite de ladite plainte, M. Paul HINKS et Mme Mirela COMANICIU sont inculpés de détournements de biens sociaux au préjudice de SYMBION POWER MANDROSEZA SARL. Les autres gérants de la SYMBION POWER MANDROSEZA SARL et les directeurs de SYMBION MANDROSEZA MAURITIUS LIMITED s'opposent à l'action pénale engagée par M. Zouzar BOUKA. Ils manifestent leur ferme désapprobation à propos de ladite plainte dans des courriers datés du 19 octobre 2021 qui sont joints à la présente lettre.

5. Par une lettre datée du 5 octobre 2021, M. Zouzar BOUKA s'engage à retirer ladite plainte dans le cadre du règlement d'un autre litige avec M. Paul HINKS et d'autres personnes. Dans ladite lettre, M. Zouzar BOUKA déclare que sa décision de retirer la plainte Pôle Anti-Corruption d'Antananarivo est « *définitive* ». Cependant, immédiatement après l'obtention d'un règlement favorable de l'autre litige, M. Zouzar BOUKA fait preuve de mauvaise foi en refusant de soumettre ledit courrier au Procureur du Pôle Anti-Corruption d'Antananarivo. Ledit courrier est joint à la présente lettre.

6. En décembre de 2021, de nouveaux associés entrent dans le capital social de SYMBION MANDROSEZA MAURITIUS LIMITED et prennent la majorité dans SYMBION MANDROSEZA MAURITIUS LIMITED et à leur tour dans SYMBION POWER MANDROSEZA SARL. Au cours du processus d'admission des nouveaux associés, SYMBION POWER MANDROSEZA SARL entreprend un due diligence (audit) très détaillé de sa gestion comptable. Cet audit (qui corrobore le rapport de l'expert Monsieur Joseph RAKOTOASIMBOLA en juin 2021) a conclu que SYMBION POWER MANDROSEZA SARL a été correctement gérée et qu'il n'y a pas eu de détournement de fonds ou d'actifs au détriment de SYMBION POWER MANDROSEZA SARL par M. Paul HINKS, Mme Mirela COMANICIU ou toute autre personne qui leur est liée. Par conséquent, SYMBION POWER MANDROSEZA SARL n'a subi aucun préjudice. En juillet 2022, les nouveaux associés majoritaires entreprennent la restructuration de SYMBION POWER MANDROSEZA SARL. La société à responsabilité limitée est transformée en société anonyme. Cette restructuration entraîne un changement au niveau du management. Les anciens gérants (dont M. Zouzar BOUKA) sont remplacés par un administrateur général unique (M. Jorge CONDE). SYMBION POWER MANDROSEZA SA joint à la présente lettre un extrait de son registre du commerce et des sociétés.

7. Le différend qui fait l'objet d'un arbitrage ICDR (New York) a commencé avant la procédure pénale auprès du Pôle Anti-Corruption. Les anciens actionnaires de SYMBION POWER MANDROSEZA SARL (aujourd'hui SYMBION POWER MANDROSEZA SA), qui se sont clairement désolidarisés de la plainte de M. Zouzar BOUKA ont depuis réglé leur différend avec SYMBION ENERGY HOLDINGS et sont sortis du capital de SYMBION POWER MANDROSEZA SARL et de l'arbitrage ICDR. L'arbitrage en cours n'est désormais plus qu'entre la société de M. Zouzar BOUKA, qui détenait 0,21% des parts sociales gratuites de SYMBION POWER MANDROSEZA SARL (aujourd'hui SYMBION POWER MANDROSEZA SA), et de la SYMBION ENERGY HOLDINGS LIMITED, et deux autres sociétés qui étaient liées à SYMBION ENERGY HOLDINGS LIMITED.

8. Aujourd'hui, SYMBION POWER MANDROSEZA SA renonce à toute demande de dommages et intérêts.

9. Lors de l'audience publique du procès pénal de M. Paul HINKS et Mirela COMANICIU, auprès du Pôle Anti-Corruption d'Antananarivo, ni Zouzar BOUKA ni Maître ANDRIANZANATANY Frederika Banks ne pourront plus représenter valablement POWER MANDROSEZA SARL (aujourd'hui SYMBION POWER MANDROSEZA SA).

10. SYMBION POWER MANDROSEZA SA ne souhaite pas que de prétendus éléments de preuve soient présentés en son nom par M. Zouzar BOUKA ou son représentant dans la procédure pendante devant le Tribunal Correctionnel du Pôle anti-corruption d'Antananarivo.

Conclusion

De ce qui précède, nous demandons ce qui suit :



1. La plainte du 3 mars 2020 sera immédiatement retirée parce qu'elle n'a pas été faite dans l'intérêt de SYMBION POWER MANDROSEZA SARL (aujourd'hui SYMBION POWER MANDROSEZA SA)

2. L'inculpation contre M. Paul HINKS et Mme Mirela COMANICIU sera annulée et rejetée immédiatement car elle été établie à la suite d'une fausse accusation.

3. le Tribunal de céans respectera et tirera les conséquences légales de la décision de SYMBION POWER MANDROSEZA SA de se désister de sa plainte.

Le Tribunal de céans constatera que la présente demande est opportune et fondée. SYMBION POWER MANDROSEZA SA n'entend pas poursuivre cette procédure pénale initiée par M. Zouzar BOUKA tandis que l'arbitrage ICRD se poursuit à New York.

En espérant que notre demande retiendra votre bienveillante attention, nous vous prions d'agréer, Monsieur Le Président, l'expression de nos salutations distinguées.

M. George CONDE
Administrateur Général
SYMBION POWER MANDROSEZA SA

[logo:] SYMBION

SYMBION POWER MANDROSEZA SA
Explorer Park, Ankorondrano, Bat.1,
Antananarivo 101
Madagascar

**The President**
**Criminal Court of the Anti-Corruption Division**
**67HA-Antananarivo 101**

[stamp:] [illegible] NOV 04, 2022 [signature]

Antananarivo, October 31, 2022

| | |
|---|---|
| Subject: | Withdrawal of complaint against Mr. Paul HINKS and Ms. Mirela COMANICIU |
| References: | No. 178-RP/PAC/20/IP/TCO/ABS-028-CO/PAC/20 |
| | No. 21/CHAC/21/PAC/TANA 021/21-CR/PAC/TANA |

Mr. President,

SYMBION POWER MANDROSEZA SA, purported complainant in the case referenced in the margin, has the honor of respectfully declaring to you that:

We wish to separate SYMBION POWER MANDROSEZA SA from the complaint for misuse of corporate assets and breach of trust filed by Mr. Zouzar BOUKA, in the name and on behalf of SYMBION POWER MANDROSEZA SARL against Mr. Paul HINKS and Ms. Mirela COMANICIU.

For the serious reasons below, we ask you to receive our request for the withdrawal of the complaint and dismiss the act of accusation resulting from said complaint. We further urge you to exclude any evidence that Mr. Zouzar BOUKA could have submitted to this Court in the name and on behalf of SYMBION POWER MANDROSEZA SA or SYMBION POWER MANDROSEZA SARL.

Said complaint is devoid of any grounds. Mr. Zouzar BOUKA filed it with in bad faith, in retaliation against his opponents, who have started international commercial arbitration proceedings against him, currently in progress in New York, United States. This arbitration arose out of a commercial dispute between shareholders.

Said complaint is contrary to the interests of SYMBION POWER MANDROSEZA SA. His shareholders, who are opposed to said complaint, formally request the withdrawal of the charges.

[logo:] SYMBION

**Summary of the facts and procedures**

1. On February 10, 2020, the companies SYMBION ENERGY HOLDINGS LTD, SYMBION POWER HOLDINGS LLC, and SYMBION POWER LLC, filed an arbitration procedure at the International Center for Dispute Resolution (ICDR) in New York against ALPHA INNOVATION MANAGEMENT, ESAH MANDROSEZA, and VISION INDIAN OCEAN. This last belongs to Mr. Zouzar BOUKA.
The subject of the dispute is the management fees due and payable to SYMBION ENERGY HOLDINGS LTD, FOR the rehabilitation, operation, and maintenance of the electric plant of Mandroseza.

2. On March 3, 2020, while the arbitration is still pending, Mr. Zouzar BOUKA filed a complaint with the Directorate of Central Services of Economic and Financial Surveys of the Police, in Antananarivo, against Ms. COMANICIU, who at the time was the General Manager of SYMBION POWER MANDROSEZA SARL (a subsidiary of SYMBION MANDROSEZA MAURITIUS LIMITED).

3. At that time, Mr. Zouzar BOUKA was one of the four managers of SYMBION POWER MANDROSEZA SARL because his company VIMA REAL ESTATE SARL holds 0.21% of the shares of the capital of SYMBION POWER MANDROSEZA SARL. These shares were granted to him free of charge.

4. On December 3, 2020, Mr. Zouzar BOUKA, through his personal lawyer, Maitre ANDRIANZANATANY Frederika Banks, filed the same complaint before the Anti-Corruption Division of Antananarivo. Following said complaint, Mr. Paul HINKS and Ms. Mirela COMANICIU were charged with the embezzlement of corporate assets to the prejudice of SYMBION POWER MANDROSEZA SARL. The other managers of SYMBION POWER MANDROSEZA SARL and the directors of SYMBION MANDROSEZA MAURITIUS LIMITED opposed the criminal action brought by Mr. Zouzar BOUKA. They declared their firm disapproval about said complaint in their letters dated October 19, 2021, which are attached to this letter.

5. By means of a letter dated October 5, 2021, Mr. Zouzar BOUKA undertook to withdraw said complaint under the regulations of another dispute with Mr. Paul HINKS et al. In said letter, Mr. Zouzar BOUKA declares that his decision to withdraw the complaint before the Anti-Corruption Division of Antananarivo is "definitive." However, immediately after obtaining a favorable settlement on the other dispute, Mr. Zouzar BOUKA showed his bad faith by refusing to submit said letter to Prosecutor of the Anti-Corruption Division of Antananarivo. Said letter is attached to this letter.

[logo:] SYMBION

6. In December of 2021, new partners entered the social capital of SYMBION MANDROSEZA MAURITIUS LIMITED and took the majority in SYMBION MANDROSEZA MAURITIUS LIMITED and, in turn, in SYMBION POWER MANDROSEZA SARL. During the process of the admission of the new partners, SYMBION POWER MANDROSEZA SARL undertook a very detailed due diligence (audit) of its account management. This audit (which corroborates the report of the expert Joseph RAKOTOASIMBOLA in June 2021) concluded that SYMBION POWER MANDROSEZA SARL has been properly managed and that there had been no embezzlement of the funds or assets to detriment of SYMBION POWER MANDROSEZA SARL by Mr. Paul HINKS, Ms. Mirela COMANICIU, or any other person linked to them. Therefore, SYMBION POWER MANDROSEZA SARL has no suffered any damage. In July 2022, the new majority partners undertook the restructuring of SYMBION POWER MANDROSEZA SARL. The limited liability company was transformed into a corporation. This restructuring entailed a change in management. The former managers (including Mr. Zouzar BOUKA) were replaced by a sole general administrator (Mr. Jorge CONDE). SYMBION POWER MANDROSEZA SA attaches an extract from its trade and companies registration to this letter.

7. The dispute that is the object of an ICDR arbitration (New York) started before the criminal proceedings with the Anti-Corruption Division. The former shareholders of SYMBION POWER MANDROSEZA SARL (now SYMBION POWER MANDROSEZA SA), who clearly dissociated themselves from the complaint of Mr. Zouzar, have since settled their dispute with SYMBION ENERGY HOLDINGS and have left the capital of SYMBION POWER MANDROSEZA SARL, as well as the ICDR arbitration. The arbitration in progress is now only between the company of Mr. Zouzar BOUKA, which held 0.21% of the free shares of SYMBION POWER MANDROSEZA SARL (now SYMBION POWER MANDROSEZA SA), and SYMBION ENERGY HOLDINGS LIMITED, and two other companies that were related to SYMBION ENERGY HOLDINGS LIMITED.

8. Today, SYMBION POWER MANDROSEZA SA waives all claim for damages.

9. At the public hearing of the criminal proceedings against Mr. Paul HINKS and Mirela COMANICIU before the Anti-Corruption Division of Antananarivo, neither Zouzar BOUKA nor Maitre ANDRIANZANATANY Frederika Banks will be able to continue to validly represent POWER MANDROSEZA SARL (today SYMBION POWER MANDROSEZA SA).

10. SYMBION POWER MANDROSEZA SA no longer wishes that evidence be presented on its behalf by Mr. Zouzar BOUKA or its representative in the pending procedure before the Criminal Court of the Anti-Corruption Division of Antananarivo.

**Conclusion**

From the above, we ask the following:

[logo:] SYMBION

1. The complaint of March 3, 2020 will be immediately withdrawn because it has not been done in the interest of SYMBION POWER MANDROSEZA SARL (today SYMBION POWER MANDROSEZA SA).

2. The accusation against Mr. Paul HINKS and Ms. Mirela COMANICIU will be canceled and dismissed immediately because it was established following a false accusation.

3. This Court will respect and draw the legal consequences of the decision of SYMBION POWER MANDROSEZA SA to withdraw from its complaint.

This Court will find that this request is presented in a timely manner and that it is well founded. SYMBION POWER MANDROSEZA SA does not seek to pursue this criminal procedure initiated by Mr. Zouzar BOUKA while the ICRD arbitration continues in New York.

Hoping that our request will receive your kind attention, please receive our kind regards, Mr. President.

[signature]
Mr. George CONDE
General Manager
SYMBION POWER MANDROSEZA SA