# EXHIBIT C

**EXTRAIT DES MINUTES DU GREFFE**

COUR SUPREME DE MADAGASCAR
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

POLE ANTI-CORRUPTION
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

JURIDICTION DU SECOND DEGRE D'ANTANANARIVO
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

CHAMBRE D'ACCUSATION
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

DOSSIER N° <u>21/CHAC/21-PAC/TANA</u>
  025/21-CR/PAC/TANA
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

ARRET N°59 DU 16 AOUT 2021
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

MINISTERE PUBLIC et SOCIETE SYMBION POWER
CONTRE
   1-MIRELA COMANICIU
   2-HINKS Paul David
   3-NORBERTO Narceda
   4-Hector ALCANTARA

<u>Inculpés de</u> : ABUS DE BIENS SOCIAUX et COMPLICITE
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

L'an deux mil vingt-et-un et le SEIZE AOUT ;
La Chambre d'accusation du Pôle anti-corruption de la juridiction du second degré d'Antananarivo ;
Séant au Palais de justice à l'immeuble CNAPS 67 HA, où siégeaient :
Madame RALINIRINA Marie Simone, Président de chambre ;

-**PRESIDENT**-

Madame RAZAFIMAHERY Faratiana Daniella, conseiller ;
Monsieur RAKOTONDRASOA Andrinantenaina, Conseiller ;
En présence de RAHETLAH Riana Ranto, Avocat Général, au banc du Ministère Public ;
Avec l'assistance de Maître RAOLIDINA Eva Solonantenaina, tenant la plume ;
S'est réunie et a rendu en Chambre de Conseil l'Arrêt dont la teneur suit :
Vu la procédure : Le Ministère Public et La Société SYMBION POWER de Mandroseza
Ayant pour conseil ANDRIAZANATANY Fredericka Banks, Avocat à la Cour,
Contre :

2

MIRELA COMANICIU et consorts, dont :
**MIRELA COMANICIU :**
Ayant pour conseil Me RAKOTONDRAMBOAHOVA Philippe Disaine, Avocat à la Cour ;
Ayant pour conseil Me Eric ANDRIANAHAGA, Avocat
**HINKS Paul David :**
Ayant pour conseil Philippe Disaine RKOTONDRAMBOAHOVA, Avocat à la Cour ;
Ayant pour conseil Me Eric ANDRIANAHAGA , Avocat
**NORBERTO Narceda**
Ayant pour conseil Me RAKOTONDRAMBOAHOVA Philippe Disaine, avocat à la Cour ;
Ayant pour conseil Me Eric ANDRIANAHAGA, Avocat
**Hector ALCANTARA**
Ayant pour conseil Me RAKOTONDRAMBOAHOVA Philippe Disaine
Ayant pour conseil Me Eric ANDRIANAHAGA, Avocat
<u>Inculpés de</u> : ABUS DE BIENS SOCIAUX et COMPLICITE

Lecture faite des pièces du dossier :
Ouï Madame RAZAFIMAHERY Faratiana Daniella, conseiller , en son rapport ;
Vu les conclusions de Me Eric ANDRIANAHAGA, Avocat, conseil de tous les inculpés ;
Monsieur l'avocat Général, en ses réquisitions ;
Après en avoir délibéré conformément à la loi ;

**LA COUR,**

Vu l'ordonnance de non lieu partiel, requalification et ordonnance de renvoi devant le Tribunal correctionnel rendue par le Juge d'Instruction 4ème cabinet du Pôle anti-corruption d'Antananarivo en date du 30 juin 2021 ;

Vu la déclaration d'appel n° 142 et 144 du 05 juillet 2021 interjeté par Me ANDRIAZANATAY Fredericka Banks,

Vu la déclaration d'appel ° 143 du 05 Juillet 2021 interjeté par Me Philippe Disaine RAKOTONDRAMBOAHOVA, Avocat, conseil de Paul David Hinks

Vu les dispositions de l'article 305 du code de Procédure Pénale ;

Vu les réquisitions écrites et signées du 19 JUILLET 2021 de Monsieur RAKOTONIRAINY Andry Rantoarivelo, Substitut Général, agissant au nom du chef du Ministère Public du second degré du Pôle anti-corruption d'Antananarivo, tendant à ce qu'il plaise à la Cour ;

<u>En la forme</u> :
Attendu que les appels ont été faits dans les délais légaux,

3

Qu'il y lieu de les déclarer recevables ;
**Au fond :**
Attendu qu'il résulte de l'information que les dépenses à des fins personnelles de fonds de la Société SYMBION POWER reprochées à MIRELA COMANICIU, NORBERTO SIBAYAN et ALCANTARA HECTOR DUMA-UP n'ont pas pu être établie ; qu'il y a lieu de requérir confirmation de l'ordonnance de non lieu à leur encontre ;

Attendu par contre, qu'il y a charge suffisante à l'encontre de PATRICK DAVID HINKS non pas d'avoir courant novembre 2016-Février 2020 e tout cas depuis moins de trois ans, donné à la nommée MIRELA COMANICIU des instructions pour commettre l'infraction d'abus de biens sociaux, fait prévu et réprimé par les articles 59, 60 du code pénal, 931 et 944 de la loi n° 2003-036 du 30 janvier 2004 sur les sociétés moins de trois ans en sa qualité de Gérant de la Société SYMBION POWER de mauvaise foi fait des crédits de ladite Société d'un montant de 7.500.000$ un usage qu'il sait contraire à l'intérêt de celle-ci et à des fins personnelles ou pour favoriser une autre personne morale, en l'occurrence la société SYMBION COMPANIUS dont il en est l'administrateur dans laquelle il été intéressé directement ou indirectement ;

Faits prévus et réprimés par les articles 931 et944 de la loi n° 2003-036 du 30 janvier 2004 sur les Sociétés Commerciales ; qu'il y a lieu de confirmer l'ordonnance de renvoi à son encontre, devant le Tribunal correctionnel ;

**PAR CES MOTIFS ;**
Requiert qu'il plaise à la Chambre d'Accusation :
**En la forme** :
-déclarer les appels recevables ;
**Au fond** :
Les déclarer non fondés ;
Confirmer l'ordonnance aux fins de non lieu partiel, de requalification et de renvoi devant le Tribunal Correctionnel rendu par le Juge d'Instruction du 4ème cabinet du Pôle anti-corruption ;
Réserver le fond et les dépens ;

..................................................................

### EN LA FORME :

Par déclarations n° 142 DU 05 JUILLET 2021, Me ANDRIAZANATANY Fredericka Banks, Avocat, conseil de la partie civile Société SYMBION POWER Mandroseza, a interjeté appel contre l'ordonnance de non lieu rendue par le Juge d'Instruction en date du 30 juin 2021 à l'égard des inculpés MIRELA COMANICIU, NORBERTO Narceda, Hector ALCANTARA ;

Par déclaration n° 144 du 5 juillet 2021, le même conseil a interjeté appel contre la même ordonnance ayant requalifié l'inculpation de Paul David HINKS et le renvoyant devant le Tribunal correction du Pôle anti-corruption ;

Par déclaration n° 143 DU 5 juillet 2021, Me Philippe Disaine RAKOTONDRAMBOAHOVA, conseil de l'inculpé PAUL David HINKS, a interjeté appel contre l'ordonnance de non lieu, de requalification et de renvoi devant le Tribunal correction du

4

pôle anti-corruption, rendue par le Juge d'instruction le 30 juin 2021 ;

Attendu que l'appel de la partie civile formé conformément aux dispositions des articles 320 à 322 du code de procédure pénale, sont recevables.

Attendu que l'appel par l'inculpé contre une ordonnance de renvoi ne figure pas dans la liste des ordonnances susceptible d'appel énoncées par l'article 320 du code de procédure pénale ;

Qu'il y a lieu de le déclarer irrecevable ;

**AU FOND :**

Sur l'appel de la PARTIE CIVILE

Concernant les inculpés NORBERTO Narceda et Hector ALCANTARA :

Attendu que l'examen des pièces du dossier, il résulte que MIRELA COMANICIU et HINKS Paul David ne sont pas chargés de la gestion financière de la société ;

Qu'il ne résulte pas de charges suffisantes à leur encontre, que c'est à bon droit que le juge d'instruction a ordonné le non lieu à leur encontre d'avoir à Antananarivo, courant novembre 2016-février 2020, en tout cas depuis moins de trois ans, avec connaissance, aidé ou assisté la nommée Mirela COMANICIU dans les faits qui ont facilité l'infraction d'abus de biens sociaux ci-dessus spécifiée, et de s'être ainsi rendu complice ;

Faits prévus et punis par les articles 59, 60 du code pénal, 931 et 944 de la loi n°2003-016 DU30/01/2004 sur les sociétés commerciales ;

Concernant le non lieu de l'inculpé MIRELA COMANICIU

Attendu que des pièces du dossier, notamment le rapport d'expertise, il résulte que des dépenses et des virements effectués par l'inculpée ne sont pas suffisamment justifiés comme entrant dans l'intérêt et pour les besoins de la Société ;

Que par conséquent, l'appel de la partie civile concernant l'ordonnance du juge d'instruction rendue à son égard, est fondé ;

5

Qu'il convient d'infirmer l'ordonnance entreprise en ce qui la concerne et d'ordonner son renvoi devant le tribunal correctionnel du Pôle anti-corruption pour répondre d'avoir à d'avoir à Antananarivo, courant novembre 2016- février 2020 en tout cas depuis moins de trois ans, en sa qualité de gérante de la Société SYIMBION POWER Mandroseza de mauvaise fois, fait des crédits de ladite société d'un montant de 5.750.000 dollars, un usage qu'elle sait contraire à l'intérêt de celle-ci et à des fins personnelles ou pour favoriser une autre personne morale, en l'occurrence les sociétés dénommées SYMBION dont Paul David HINKS en est l'administrateur dans laquelle elle était intéressée directement ou indirectement ;

Faits prévus et réprimés par les articles 931 et 944 de la loi n°2003-036 DU 30 Janvier 2004 sur les sociétés commerciales ;

### PAR CES MOTIFS

Statuant en Chambre de Conseil devant la Chambre d'Accusation,

**EN LA FORME :**
Déclare recevable les appels de la parties civile ;
Déclare irrecevable l'appel de l'inculpé Paul David HINKS

**AU FOND :**
Déclare les appels de la partie civile partiellement fondés ;
Infirme partiellement l'ordonnance entreprise et statuant à nouveau :
Déclare suffisamment établie à l'égard de Mirela COMANICIU les faits d'abus de biens sociaux ;
Ordonne son renvoi devant le Tribunal correctionnel pour être jugé conformément à la loi
Confirme l'ordonnance pour le surplus
Reserve le fond et les dépens ;
Ainsi jugé et prononcé en Chambre de Conseil les jour, mois et an que dessus ;
Et la minute du présent arrêt a été signée par le Président et le Greffier ;
———suivent les signatures———



POUR EXPEDITION CERTIFIEE CONFORME
A L'ORIGINAL
ESCA ANTANANARIVO, le 08/09/21
LE GREFFIER

COUR DE CASSATION
PARQUET GENERAL
Arrivée le 21/04/22
Sous N° 11h

Eric ANDRIANAHAGA
Philippe DISAINE RAKOTONDRAMBOAHOVA
Sandratra RAKOTOBE
Avocats au Barreau de Madagascar

Al Hadj AOIDI
Avocat stagiaire

Immeuble Maison de la Réunion (1 er étage)
Isoraka –Antananarivo 101
Tel : 032.93.324.36

**MADAME LE PROCUREUR GENERAL
COUR DE CASSATION
COUR SUPREME DE MADAGASCAR**

Antananarivo, le 21 avril 2022

**Affaire** : Paul David HINKS, Mirela COMANICIU, Narceda NORBERTO SIBAYAN et Hector Duma ALCANTARA contre SYMBION POWER MANDROSEZA SARL
**Procédure** : 021/CHAC/PAC/21/TANA-025/21-CR/PAC/TANA.

Madame Le Procureur Général,

Nous avons respectueusement l'honneur de vous informer de notre constitution pour la défense des intérêts de Paul David HINKS, Mirela COMANICIU, Narceda NORBERTO SIBAYAN et Hector Duma ALCANTARA, dans l'affaire et la procédure citées en marge.

Le 18 août 2021, nous avons fait une déclaration de pourvoi en cassation contre l'Arrêt N°59 rendu le 16 août 2021 par la Chambre d'Accusation de la Juridiction de Second Degré du Pôle Anti-Corruption d'Antananarivo.

Le 17 septembre 2021, nous avons déposé notre mémoire en cassation qui a été enregistré sous référence 300 M auprès du Greffe du Parquet Général de la Cour de Cassation. La consignation d'amende a été versée le même jour. Le 1er octobre 2021, nous avons déposé notre mémoire ampliatif.

Nous sommes donc dans l'attente de l'enrôlement du dossier pour l'audience publique devant la Cour de Cassation.

Dans cette attente, nous attirons votre aimable attention sur le fait que des faits nouveaux sérieux sont survenus après le dépôt de nos mémoires susmentionnés. Nous souhaiterions les porter à la connaissance du magistrat-rapporteur et des magistrats du Parquet Général et du Siège de la Cour de Cassation.

En premier lieu, le 5 octobre 2021, Monsieur Zouzar BOUKA s'est désisté de sa plainte déposée le 3 décembre 2020, au nom et pour le compte de SYMBION POWER MANDROSEZA SARL. *(pièce N°1)*

En second lieu, le 21 octobre 2021, les directeurs de la société SYMBION MANDROSEZA LIMITED et ceux de la société SYMBION POWER MANDROSEZA SARL se sont désistés de ladite plainte déposée sans leur consentement. *(pièces N°2 et N°3)*

Nous vous saurions gré de bien vouloir prendre en considération ces documents qui sont utiles à la manifestation de la vérité.

Nous vous prions d'agréer, Madame Le Procureur Général, l'assurance de nos sentiments déférents.

Philippe DISAINE
RAKOTONDRAMBOAHOVA
Avocat au Barreau de Madagascar