SUPREME COURT OF MADAGASCAR

**PAC**
Anti-Corruption Division
ANTANANARIVO
COURT OF THE FIRST INSTANCE
PROSECUTION OFFICE

# AFFIDAVIT: "VIMA RE" COMPANY FILING AS A PARTY TO A CIVIL SUIT

**NO.1023-PQT/PAC/TANA/22**

We, interim Substitute Prosecutor for the Republic [of Madagascar], Antananarivo Anti-Corruption Division, hereby attest that on December 1, 2022, at the public hearing of the criminal court of the Antananarivo Anti-Corruption Division, Attorney Tojoniaina RAKOTOARIVELO, a lawyer registered at the Madagascar Bar Association, counsel for the company VIMA REAL ESTATE (VIMA RE), filed a request to be party to a civil suit on behalf of the company VIMA RE, which is a shareholder of the company SYMBION POWER MANDROSEZA SA, a party in the lawsuit against MIRELA COMANICIU and PAUL HINKS, Case No. 178- RP/PAC/20/TCO/51/V/ ABS-028-CO/J4/PAC/20.

This case is being heard at the main courthouse for the Court of the First Instance of the Antananarivo Anti-Corruption Division, and will be heard on March 9, 2023.

In witness whereof, this affidavit is delivered to Tojoniaina RAKOTOARIVELO, counsel for the company VIMA RE, for all legal intents and purposes.

Antananarivo, December 7, 2022
Interim Substitute Prosecutor for the Republic of Madagascar

[Signature]

[Seal: Antananarivo Anti-Corruption Division, First Instance/ Prosecutor]



100 Park Avenue, 16th Fl

New York, NY 10017

www.consortra.com

STATE of NEW YORK    )
                     )          ss:
COUNTY of NEW YORK   )

### CERTIFICATE OF ACCURACY

This is to certify that the attached document, "Attestation de depot constitution de partie civile vima"-- originally written in *French* -- is, to the best of our knowledge and belief, a true, accurate, and complete translation into *English*.

Dated: 12/9/2022

*Susannah Smith*
Susannah Smith
Project Manager
Consortra Translations

Sworn to and signed before ME
This 9th day of December, 2022

*James G Mamera*
Notary Public



New York, NY  |  Washington DC  |  Houston, TX  |  San Francisco, CA  |  Hong Kong