COUR SUPREME DE MADAGASCAR

**PAC**
Pôles Anti-Corruption
ANTANANARIVO
JURIDICTION DU PREMIER DEGRE
PARQUET

N°1023-PQT/PAC/TANA/22

## ATTESTATION DE DEPOT DE CONSTITUTION EN PARTIE CIVILE DE LA SOCIETE « VIMA RE »

Nous, Substitut du Procureur de la République par intérim près le Pôle Anti-corruption d'Antananarivo attestons par la présente qu'à l'audience publique du Tribunal correctionnel du Pôle Anti-Corruption d'Antananarivo en date du 1$^{er}$ décembre 2022, Maître RAKOTOARIVELO Tojoniaina, Avocat au Barreau de Madagascar, conseil de la Société VIMA REAL ESTATE (VIMA RE), a déposé une demande de constitution en partie civile de la Société VIMA RE qui est un actionnaire de la société SYMBION POWER MANDROSEZA SA, partie civile dans la procédure suivie contre MIRELA COMANICIU et PAUL HINKS, dossier n°178-RP/PAC/20/TCO/S1/V/ABS-028-CO/J4/PAC/20.

Ce dossier est en cours d'audiencement au niveau du Siège de la Juridiction du Premier degré du Pôle Anti-Corruption d'Antananarivo, et l'affaire est renvoyée à l'audience du 09 mars 2023.

En foi de quoi, la présente attestation est délivrée à Maître RAKOTOARIVELO Tojoniaina, conseil de la partie civile société VIMA RE, pour valoir et servir ce que de droit.

Antananarivo, le 07 décembre 2022
P. LE PROCUREUR DE LA REPUBLIQUE par intérim
LE SUBSTITUT

RATSIFARITANA Holiharinivo