UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| IN RE APPLICATION OF ZOUZAR BOUKA; VISION INDIAN OCEAN S.A.; AND VIMA REAL ESTATE S.A.R.L. FOR AN ORDER DIRECTING DISCOVERY FROM PAUL HINKS; SYMBION POWER SERVICES U.S., INC.; SYMBION POWER LLC; SYMBION POWER HOLDINGS LLC; SYMBION POWER AFRICA, LLC; AND SYMBION ENERGY HOLDINGS LTD. PURSUANT TO 28 U.S.C. § 1782 | Case No.22-mc-00022-RA-GWG |

**SECOND DECLARATION OF FREDERIKA BANKS ANDRIANZANATANY IN FURTHER SUPPORT OF APPLICANTS' OPPOSITION TO INTERVENORS' MOTION FOR RECONSIDERATION**

1. I submit this second declaration to provide further information regarding the ongoing criminal proceedings currently pending before the Pôle Anti-Corruption ("**PAC**") in Antananarivo, Madagascar, against Mr. Paul Hinks and Ms. Mirela Comaniciu (the "**PAC Proceedings**"). Between March 2020 and October 2022, I served as counsel of record for Symbion Power Mandroseza S.A.R.L. ("**SPARL**" or "**the Company**") in the PAC Proceedings.

   **I.   STATUS OF THE PAC PROCEEDINGS**

2. The PAC Proceedings are registered before the PAC under case number N°178-RP/PAC/20/IP/TCO/S1/C/ABS-028-CO/J4/PAC/20 ("**Case Number 178**"). Court documents relating to the PAC Proceedings refer in their header to this case number.

3. On June 30, 2021, the Court of First Instance (Ralison, J.) issued a judgment sustaining charges against Mr. Hinks, and remitting the case against Mr. Hinks to the Correctional Tribunal of the PAC so that he may be judged in accordance with the law. Doc 4-2. Having

1

declined to sustain charges against Ms. Comaniciu, Judge Ralison's remittal to the Correctional Tribunal does not refer to her. It refers only to Mr. Hinks.

4. The Court of Appeal subsequently reinstated charges against Ms. Comaniciu (and affirmed them against Mr. Hinks) on August 16, 2021. Doc.14-3. On June 7, 2022, the Court of Cassation denied Mr. Hinks's and Ms. Comaniciu's appeal and ordered that the Tribunal of First Instance remit the cases against both defendants to the PAC's Correctional Tribunal. Doc. 28-2.

5. Because the Tribunal of First Instance (Ralison, J.) had already issued an order on June 30, 2021 remitting the charges against Mr. Hinks (but not Ms. Comaniciu) to the Correctional Tribunal, it issued a separate order on November 29, 2022 remitting to the Correctional Tribunal those charges against Ms. Comaniciu in Case Number 178 (the "**November 29 Order**"). A true and correct copy of the November 29 Order, with a certified translation to English, is hereby attached as **Exhibit A**. The November 29 Order provides that the remittance of charges against Ms. Comaniciu are to be "joined" to those against Mr. Hinks, and that the charges against both defendants in Case Number 178 will be heard concurrently at the PAC Correctional Tribunal hearing scheduled for March 9, 2023. *Id.*

6. On December 2, 2022, Mr. Hinks and Ms. Comaniciu filed an appeal of the November 29 Order before the PAC Appellate Court (*Parquet du Second Degré*). A true and correct copy of the December 2 appeal, with a certified translation to English, is hereby attached as **Exhibit B**. The appeal of the November 29 Order was assigned a separate case number Nº034/22/CA/PAC/TANA/CHAC/MP ("**Case Number 034**"), and a hearing was scheduled on December 27, 2022 for the PAC Appellate Court to consider the appeal and issue its judgment on the merits. *Id*.

7. On December 13, 2022, the Head of Public Prosecutions of the PAC Appellate Court (*Chef du Ministère Public du Second Degré du PAC*) issued a requisition declaring Mr. Hinks's and Ms. Comaniciu's appeal inadmissible on procedural grounds, on the basis that the November 29 Order to remit Ms. Comaniciu to the Correctional Tribunal is not an appealable decision (the "**December 13 Requisition**"). A true and correct copy of the December 13 Requisition, with a certified translation to English, is hereby attached as **Exhibit C**. In accordance with the December 13 Requisition from the Head of Public Prosecutions, the PAC Appellate Court is expected during the December 27 hearing to deny Mr. Hinks's and Ms. Comaniciu's appeal as inadmissible and to close Case Number 034.

8. The PAC Proceedings—i.e., the criminal case against Mr. Hinks and Ms. Comaniciu for misuse of corporate assets, registered under Case Number 178—remain ongoing. The court's next session is scheduled for March 9, 2023. **Exhibit A**.

[Rest of page left intentionally blank]

### III.    VIMA'S STATUS AS A CIVIL INTERVENOR

9. On November 16, 2022, VIMA Real Estate S.A.R.L. ("**VIMA**") (as a shareholder in Symbion Power Mandroseza S.A.R.L. ["**SPARL**"]), submitted a pleading to the PAC First Instance Court declaring itself a *partie civile* to the PAC Proceedings by intervention, pursuant to Article 192 of the Malagasy Code of Criminal Procedure.  Doc 57-2.

10. During a court hearing on December 1, 2022, the PAC considered VIMA's declaration as a civil party receivable. Doc 60-2.  Because the PAC did not reject VIMA's civil party status, VIMA is now entitled to participate in the PAC Proceedings and submit evidence in support of its claim for damages.  The Correctional Tribunal will rule on VIMA's entitlement to damages at the conclusion of the criminal trial against Mr. Hinks and Ms. Comaniciu, after VIMA has presented its full case with supporting documentation.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed in Antananarivo on December 20, 2022.

_____[signed]_____
Frederika Banks Andrianzanatany

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE APPLICATION OF ZOUZAR BOUKA; VISION INDIAN OCEAN S.A.; AND VIMA REAL ESTATE S.A.R.L. FOR AN ORDER DIRECTING DISCOVERY FROM PAUL HINKS; SYMBION POWER SERVICES U.S., INC.; SYMBION POWER LLC; SYMBION POWER HOLDINGS LLC; SYMBION POWER AFRICA, LLC; AND SYMBION ENERGY HOLDINGS LTD. PURSUANT TO 28 U.S.C. § 1782 | Case No.22-mc-00022-RA-GWG |

**SECOND DECLARATION OF FREDERIKA BANKS ANDRIANZANATANY IN FURTHER SUPPORT OF APPLICANTS' OPPOSITION TO INTERVENORS' MOTION FOR RECONSIDERATION**

1.  Je soumets cette deuxième déclaration afin de fournir des informations supplémentaires concernant la procédure pénale actuellement en cours devant le Pôle Anti-Corruption (« **PAC** ») à Antananarivo, Madagascar, contre M. Paul Hinks et Mme Mirela Comaniciu (la « **Procédure du PAC** »). Entre mars 2020 et octobre 2022, j'ai été l'avocat de Symbion Power Mandroseza S.A.R.L. (« **SPARL** » ou « **la Société** ») dans la Procédure du PAC.

   **I.     STATUT DE LA PROCEDURE DU PAC**

2.  La procédure de PAC a été enregistrée devant la PAC sous le numéro de dossier Nº178-RP/PAC/20/IP/TCO/S1/C/ABS-028-CO/J4/PAC/20 (« **Dossier Numéro 178** »). Les documents judiciaires relatifs à la Procédure du PAC font référence dans leur en-tête à ce numéro de dossier.

3.  Le 30 juin 2021, le tribunal de première instance (Juge Ralison) a rendu un jugement soutenant les accusations portées contre M. Hinks, et renvoyant l'affaire contre M. Hinks

1

au tribunal correctionnel du PAC afin qu'il soit jugé conformément à la loi. Doc 4-2. Ayant décliné de maintenir les charges contre Mme Comaniciu, le renvoi du juge Ralison au tribunal correctionnel ne fait pas référence à elle. Il se réfère uniquement à M. Hinks.

4. La Cour d'appel a ensuite rétabli les accusations contre Mme Comaniciu (et les a affirmées contre M. Hinks) le 16 août 2021. Doc. 14-3. Le 7 juin 2022, la Cour de Cassation a rejeté le pourvoi de M. Hinks et de Mme Comaniciu et a ordonné que le tribunal de première instance renvoie les affaires contre les deux défendeurs devant le Tribunal correctionnel du PAC. Doc. 28-2.

5. Comme le Tribunal de première instance (Juge Ralison) avait déjà rendu une ordonnance le 30 juin 2021 renvoyant au Tribunal correctionnel les accusations portées contre M. Hinks (mais pas contre Mme Comaniciu), il a rendu une ordonnance séparée le 29 novembre 2022 renvoyant au Tribunal correctionnel les accusations portées contre Mme Comaniciu (« **L'ordonnance du 29 novembre** »). Une copie authentique et correcte de l'ordonnance du 29 novembre, avec une traduction certifiée en anglais, est jointe en tant que **pièce A**. L'ordonnance du 29 novembre prévoit que la remise des charges contre Mme Comaniciu doit être « join[te] » à celle contre M. Hinks, et que les charges contre les deux défendeurs seront entendues simultanément à l'audience du tribunal du PAC prévue pour le 9 mars 2023. *Idem.*

6. Le 2 décembre 2022, M. Hinks et Mme Comaniciu ont déposé un appel de l'ordonnance du 29 novembre devant le parquet du second degré du PAC. Une copie authentique et correcte de l'appel du 2 décembre, avec une traduction certifiée en anglais, est jointe en tant que **pièce B**. L'appel de l'ordonnance du 29 novembre s'est vu attribuer un numéro d'affaire distinct Nº034/22/CA/PAC/TANA/CHAC/MP (« **Dossier numéro 034** »). Une audience a été fixée pour le 27 décembre 2022 pour que la Cour d'Appel du PAC entende l'appel et statue sur le fonds.

2

7. Le 13 décembre 2022, le Chef du Ministère Public du Second Degré du PAC a rendu une réquisition qui déclare l'appel de M. Hinks et de Mme Comaniciu irrecevable pour des raisons de procédure, au motif que l'Ordonnance du 29 novembre de renvoi de Mme Comaniciu au Tribunal Correctionnel n'est pas une décision susceptible d'appel (la « **Réquisition du 13 décembre** »). Une copie authentique et correcte de la Réquisition du 13 décembre, avec une traduction certifiée en anglais, est jointe à la présente **pièce** C. Conformément à la Réquisition du 13 décembre du Chef du Ministère Public du Second Degré, la Cour d'appel du PAC devrait, lors de l'audience du 27 décembre, rejeter l'appel de M. Hinks et de Mme Comaniciu comme irrecevable et clore l'affaire numéro 034.

8. La procédure PAC - c'est-à-dire l'affaire pénale contre M. Hinks et Mme Comaniciu pour abus de biens sociaux, enregistrée sous le numéro de dossier 178 - est toujours en cours. La prochaine session du tribunal est prévue pour le 9 mars 2023. **Pièce A**.

[Reste de la page intentionnellement laisse en blanc]

II. **LE STATUT DE V V V LE EN TANT QU'INTERVENANT CIVIL**

9.  Le 16 novembre 2022, VIMA Real Estate S.A.R.L. (« **VIMA** ») (en tant qu'actionnaire de Symbion Power Mandroseza S.A.R.L. [« **SPARL** »]), a présenté une note au Tribunal de Première Instance du PAC se constituant partie civile par intervention à la Procédure du PAC, conformément à l'article 192 du Code de Procédure Pénale malgache. Doc 57-2.

10. Lors d'une audience au tribunal le 1er décembre 2022, le PAC a accepté la constitution en partie civile de VIMA. Doc 60-2. - VIMA est maintenant en droit de participer à la Procédure du PAC et de déposer des preuves à l'appui de sa demande de dommages et intérêts. Le tribunal correctionnel statuera sur le droit de VIMA à des dommages et intérêts à la conclusion du procès pénal contre M. Hinks et Mme Comaniciu, après que VIMA ait présenté son dossier complet avec les documents à l'appui.

Je déclare sous peine de parjure en vertu des lois des États-Unis d'Amérique que ce qui précède est vrai et correct.

Exécuté à Antananarivo le 20 décembre 2022.

_[signature]_

Frederika Banks Andrianzanatany