# EXHIBIT A

SUPREME COURT OF MADAGASCAR
----
ANTANANARIVO ANTI-CORRUPTION UNIT
COURT OF FIRST INSTANCE
----
4th INVESTIGATION OFFICE

COURT NOTIFICATION
-------------------
to

**Madam, Acting Attorney General
of Antananarivo Anti-Corruption Unit**

Cases No. **178-RP/PAC/20/IP/TCO/S1/V/ABS-028-CO/J4/PAC/20**
Vs.
MIRELA COMANICIU and others;
On charges of misappropriation of corporate property and complicity;

### « SCHEDULING ORDER »

ANTANANARIVO, November 29th 2022

ACTING SENIOR INVESTIGATING JUDGE

[illegible stamp and signature]
Mrs. RALISON Miora Manoela

[handwritten]
This 2nd day of December 2022
To be scheduled and attached to the case
Set for hearing on March 9th 2023
Acting Attorney General
[illegible stamp and signature]

DOCUMENT RECEIVED BY THE PROSECUTOR'S OFFICE
No. 2857
Date: Dec 1st 2022
Time: 11.30 am



100 Park Avenue, 16th Fl
New York, NY 10017

www.consortra.com

STATE of NEW YORK    )
                     )          ss:
COUNTY of NEW YORK   )

### CERTIFICATE OF ACCURACY

This is to certify that the attached document, "2022.11.29 Order of First Instance Tribunal Remitting Charges Against Mirela Comaniciu" originally written in French, -- is, to the best of our knowledge and belief, a true, accurate, and complete translation into English.

Dated: 12/22/2022

_____
Heather Cameron
Projects Manager
Consortra Translations

Sworn to and signed before ME
This 22nd day of December, 2022

_____
Notary Public



New York, NY  |  Washington DC  |  Houston, TX  |  San Francisco, CA  |  Hong Kong

COUR SUPREME DE MADAGASCAR

-------

POLE ANTI-CORRUPTION
D'ANTANANARIVO
JURIDICTION DU PREMIER DEGRE

----

4ème CABINET D'INSTRUCTION

# SOIT-TRANSMIS

à

Madame le Procureur de la République par Intérim,
près le Pôle Anti-Corruption d'Antananarivo

-Procédures N°178-RP/PAC/20/IP/TCO/S1/V/ABS-028-CO/J4/PAC/20

Suivies Contre :
MIRELA COMANICIU et consorts ;
Pour abus de biens sociaux et de complicité d'abus de biens sociaux ;

« POUR ENROLEMENT »

ANTANANARIVO, 29 Novembre 2022

LE DOYEN DES JUGES D'INSTRUCTION PAR INTERIM

Mme RALISON Miora Manoela

ARRIVEE-PARQUET
N°..2857... P.R/PAC-...
Date : 01 DEC 2022
Heure : 11h50

Ce 02.12.22
A enrôler et à joindre
au dossier pour l'audience
en date du 09.03.23
Le substitut
R. Holy