# EXHIBIT B

1

SUPREME COURT OF MADAGASCAR
--------------------------------------------------------
ANTANANARIVO ANTI-CORRUPTION UNIT
--------------------------------------------------------
COURT OF FIRST INSTANCE
--------------------------------------------------------

### NOTICE OF APPEAL No. 196 OF DECEMBER 2nd 2022

### Case No. 178-RP/PAC/20/IP/TCO/S1/V/ABS-028-CO/J4/PAC/20

On this second day of December of the year two thousand and twenty-two, at two PM;

Filled at the Registrar Office of the Anti-Corruption Unit, Court of First Instance of Antananarivo

In the presence of RAKOTONDRAZAY Perla Antenaina, Clerk of the aforesaid Court

APPEARED:

Alhadj AOIDI, Substitute Attorney of Philippe DISAINE RAKOTONDRAMBOAHOVA, Attorney, with an address for service at Maison de la Réunion, 1st floor, Isoraka Antananarivo 101; counsel for the Accused, Mirela COMANICIU and Paul David HINKS

Phone number: 032 02 373 87

Notice is hereby given that the Accused appeal the order of Acting Senior Investigating Judge of the Anti-Corruption Unit, Court of First Instance, entered on November 29th 2022, for non-suit, recharacterization of the facts referral of the case to the criminal court.

The Accused must submit his grounds for appeal against the aforesaid decision within the time prescribed;

After reading the statement, we certified it and signed it with the Accused.

**THE APPEARER**                                              **THE CLERK**

[illegible signature and initials]                            [illegible signature]



100 Park Avenue, 16th Fl

New York, NY 10017

www.consortra.com

STATE of NEW YORK    )
                     )                ss:
COUNTY of NEW YORK   )

### *CERTIFICATE OF ACCURACY*

This is to certify that the attached document, "2022.12.02 Hinks and Comaniciu Appeal of November 29 Order" originally written in French, -- is, to the best of our knowledge and belief, a true, accurate, and complete translation into English.

Dated: 12/22/2022

_____
Heather Cameron
Projects Manager
Consortra Translations

Sworn to and signed before ME
This 22nd day of December, 2022

_____
Notary Public



New York, NY  |  Washington DC  |  Houston, TX  |  San Francisco, CA  |  Hong Kong

COUR SUPREME DE MADAGASCAR

-----------------------------------------------

POLE ANTI CORRUPTION D'ANTANANARIVO

-----------------------------------------------

JURIDICTION DU PREMIER DEGRE

-----------------------------------------------

### DECLARATION D'APPEL N°196 DU 02 DECEMBRE 2022

Dossier n°178-RP/PAC/20/IP/TCO/S1/V/ABS-028-CO/J4/PAC/20

L'an deux mille vingt deux et le deux décembre à quatorze heures ;
Au Greffe du Pôle Anti Corruption, Juridiction du Premier Degré d'Antananarivo ;
Et par devant Nous Maître RAKOTONDRAZAY Perla Antenaina, Greffier près ladite Juridiction ;

A COMPARU :

Maître Alhadj AOIDI, substituant Maître Philippe DISAINE RAKOTONDRAMBOAHOVA, Avocats, élisant domicile en son étude à l'immeuble Maison de la Réunion 1er étage Isoraka Antananarivo 101, conseil des prévenus Mirela COMANICIU et Paul David HINKS ;

Tél: 032 02 373 87

Lequel a déclaré interjeter appel contre l'ordonnance de non lieu partiel, de requalification et de renvoi devant le tribunal correctionnel, rendue par le doyen des juges d'instruction par intérim du Pôle Anti Corruption, Juridiction du Premier Degré, en date du 29 novembre 2022;

Se réservant le comparant de déduire et faire valoir en temps utiles ses moyens d'Appel contre ledit jugement ;

Desquelles comparution et déclaration, nous avons donné acte et avons signé avec le comparant après lecture.

LE COMPARANT                                                LE GREFFIER

Alhadj Aoidi