# EXHIBIT C

SUPREME COURT OF MADAGASCAR
------------------------------



ANTANANARIVO ANTI-CORRUPTION UNIT                    **SUBMISSIONS**
    COURT OF SECOND INSTANCE
------------------------------
**No. 034/22-CA/PAS/TANA/CHAC/MP**

---

DIRECTOR OF PUBLIC PROSECUTIONS OF THE COURT OF SECOND INSTANCE OF THE ANTANANARIVO ANTI-CORRUPTION UNIT;

Upon consideration of the case filed against MIRELA COMANICIU and others charged of misappropriation of corporate property and complicity;

Upon consideration of the decision rendered by Investigating Judge on November 29th 2022;

Upon consideration of Notice of Appeal No. 196 submitted by Alhadj AOIDI, Substitute Attorney of Philippe DISAINE RAKOTONDRAMBOAHOVA, Attorney, counsel for the Accused, Mirela COMANICIU and Paul David HINKS;

In compliance with Articles 320 of the Criminal Procedure Code;

**In these circumstances**

Having regard to Article 320 of the Criminal Procedure Code, the decision to refer the case to the Criminal Court cannot be appealed by the defendant;

As a consequence, the appeal is inadmissible and should be dismissed;

**FOR THE FOREGOING REASONS,**

May it please the Chamber:

**In these circumstances**
- To dismiss the appeal as inadmissible
- To reserve all costs and fees


Document issued at the Court of second instance of Antananarivo Anti-Corruption Unit
On December 13th 2022 [stamp]
DIRECTOR OF THE PUBLIC PROSECUTOR'S OFFICE
GENERAL DEPUTY

[illegible stamp and signature]



100 Park Avenue, 16th Fl

New York, NY 10017

www.consortra.com

STATE of NEW YORK   )
                    )           ss:
COUNTY of NEW YORK  )

### *CERTIFICATE OF ACCURACY*

This is to certify that the attached document, "2022.12.13 Requsion of Head of Public Prosecutions Declaring Inadmissible the Appeal of Nov 29 Order" originally written in French, -- is, to the best of our knowledge and belief, a true, accurate, and complete translation into English.

Dated: 12/22/2022

_____
Heather Cameron
Projects Manager
Consortra Translations

Sworn to and signed before ME
This 22nd day of December, 2022

_____
Notary Public



New York, NY  |  Washington DC  |  Houston, TX  |  San Francisco, CA  |  Hong Kong



# REQUISITIONS

N°034/22-CA/PAC/TANA/CHAC/MP

---

LE CHEF DU MINISTERE PUBLIC DU SECOND DEGRE, AUPRES DU POLE ANTI-CORRUPTION D'ANTANANARIVO ;

Vu le dossier de la procédure suivie contre MIRELA COMANICIU et consorts Inculpés d'abus de bien sociaux et complicité

Vu l'Ordonnance du Juge d'Instruction en date du 29 novembre 2022 ;

Vu la déclaration d'appel n° 196 du 02 décembre 2022 faite par Maître Alhadj AODI, substituant Me Philippe DISAINE RAKOTONDRAMBOAHOVA, Avocat, conseil des prévenus MIRELA COMANICIU et Paul David HINKS;

Vu les dispositions des articles 320 du code de procédure pénale ;

### En la forme

Attendu qu4en application de l'article 320 du code de procédure pénale, l'Ordonnance de renvoi devant le Tribunal Correctionnel ne fait pas partie des Ordonnances auxquelles le prévenu peut faire appel ;

Que par conséquent, il convient de déclarer l'appel irrecevable ;

**PAR CES MOTIFS**,

Requiert qu'il plaise à la chambre d'accusation :

### En la forme
- Déclarer l'appel irrecevable
- Réserver les fond et dépens

Fait au Parquet du Second degré du Pôle Anti-Corruption d'Antananarivo,
Le 13 DEC 2022
P.LE CHEF DU MINISTERE PUBLIC
LE SUBSTITUT GENERAL