EXTRACT OF THE MINUTES OF THE COURT REGISTRY

**SUPEREME COURT OF MADAGASCAR**

**ANTI-CORRUPTION UNIT**

**ANTANANARIVO COURT OF SECOND INSTANCE**

**CRIMINAL CHAMBER**

**CASE NO. 034/22/CA/PAC/TANA/CHAC/MP**
           **034/22-CA/CHAC/PAC/TANA**

**RULING NO. 054 OF December 27, 2022**

**THE PEOPLE**
**VS.**
**1 – MIRELA COMANICIU**
**2 – Paul David HINKS**
**Charged with: Misappropriation of corporate property and complicity**


In the year two thousand twenty-two, on December twenty-fifth;
The Criminal Chamber of the Anti-Corruption Unit of the Antananarivo Court of
Second Instance;
With its seat at the Palais de justice at immeuble CNAPS 67 HA, in the presence
of:
Mrs. RALINIRINA Marie Simone, President of the Chamber;

- PRESIDENT –

Mrs. RAZAFIMAHERY Faratina Daniella, Attorney
Mrs. RAVAOMANANIRINA Rachelle, Attorney

- MEMBERS –

In the presence of Mr. RAKOTONIRAINY Andry Rantoarivelo, General Substitute,
at the Public Prosecutor's Office Bench;
With the assistance of M. ANDRIAMANDIMBIARISOA Helinjaka Nirina, Chief
Clerk of the Court;
Met in court chambers and issued the following ruling:

Considering the proceedings against:
**THE PEOPLE**
**vs.**
**1. MIRELA COMANICIU**
**2. Paul David HINKS**
**Charged with: Misappropriation of corporate property and complicity**
After reviewing the evidence in the case;
After hearing Mrs. RAZAFIMAHERY Daniella with her report;
Mr. General Substitute with his requisitions;
And after deliberating in accordance with the law;

[stamp: ANTANANARIVO ANTI-CORRUPTION UNIT
SECOND INSTANCE
CHIEF CLERK OF THE COURT]

THE COURT,

Considering the partial non-suit order issued by the Anti-Corruption Unit investigating judge
dated November 29, 2022;

Considering Appeal Statement No. 196 of December 2, 2022 filed by Alhaj AODI, attorney, substituting for Philippe DISAINE RAKOTONDRAMBOAHOVA, court attorney, counsel for MIRELA COMANICIU and Paul David HINKS;

Considering the provisions of Article 320 of the Code of Criminal Procedure;

Considering the written and signed requisitions of December 13, 2022 of the General Substitute, representing the Public Prosecutor's Office of Second Instance of the Antananarivo Anti-Corruption Unit, may it please the Court;

*IN THE FORM:*

*Considering that, pursuant to Article 320 of the Code of Criminal Procedure, the order to refer the case back to the Criminal Court cannot be appealed by the Defendant;*

*And that, therefore, the appeal should be declared inadmissible;*

*IN THE FORM:*

- *To dismiss the appeal as inadmissible;*
- *To reserve all costs and fees;*

**IN THE FORM:**

In Statement No. 196 of December 2, 2022, Philippe DISAINE RAKOTONDRAMBOAHOVA, court attorney, counsel for Defendants MIRELA COMANICIU and Paul David HINKS, filed an appeal against the order for partial non-suit, recharacterization of the facts, and referral to the Criminal Court, issued on November 29, 2022 by the Senior Investigating Judge of the Antananarivo Anti-Corruption Unit;

Considering that the above-mentioned order cannot be appealed by the Defendant, pursuant to Article 320 of the Code of Criminal Procedure;

The appeal should be dismissed as inadmissible;

**NOW THEREFORE**

Issuing its ruling in court chambers, before the Criminal Chamber;

**IN THE FORM:**

- Dismisses the appeal of the Defendants MIRELA COMANICIU and Paul David HINKS as inadmissible;
- Reserves all costs and fees

So ruled and stated in court chambers on the above-mentioned day and month;

The minutes of this ruling have been signed by the President and the Clerk of the Court;

SIGNATURES FOLLOW

"CERTIFIED COPY"

Antananarivo, Dec. 28, 2022

CHIEF CLERK OF THE COURT

OF SECOND INSTANCE

ANDRIAMANDIMBIARISOA Helinjaka Nirina

[stamp: ANTANANARIVO ANTI-CORRUPTION UNIT
SECOND INSTANCE
CHIEF CLERK OF THE COURT]



100 Park Avenue, 16th Fl

New York, NY 10017

www.consortra.com

STATE of TEXAS                  )
                                )              ss:
COUNTY of HARRIS COUNTY    )


### *CERTIFICATE OF ACCURACY*


This is to certify that the attached document, "2022.12.27 PAC Appellate Division Decision" originally written in French, -- is, to the best of our knowledge and belief, a true, accurate, and complete translation into English.


Dated: 1/6/2023

_____
Heather Cameron
Projects Manager
Consortra Translations

Sworn to and signed before ME
This 6th day of January, 2023

_____
Notary Public



Your
legal
translation
partner

EXTRAIT DES MINUTES DU GREFFE

**COUR SUPREME DE MADAGSCAR**
*************************************

**POLE ANTI-CORRUPTION**
*************************************

**JURIDICTION DU SECOND DEGRE D'ANTANANARIVO**
***************************************************

**CHAMBRE D'ACCUSATION**
*****************************************************

**DOSSIER N° 034/22/CA/PAC/TANA/CHAC/MP**
**034/22-CA/CHAC/PAC/TANA**
*****************************************************

**ARRET N° 054 DU 27 décembre 2022**
******************************************

**MINISTERE PUBLIC**
**CONTRE**
**1-  MIRELA COMANICIU**
**2-  Paul David HINKS**
**Inculpés de : abus de biens sociaux et complicité./-**
*************************************************************

L'an deux mil vingt deux et le vingt-sept décembre ;
La Chambre d'accusation du Pôle anti-corruption de la juridiction du second degré d'Antananarivo ;
Séant au Palais de justice à l'immeuble CNAPS 67 HA, où siégeaient :
Madame RALINIRINA Marie Simone, Président de chambre ;

-PRESIDENT-

Madame RAZAFIMAHERY Faratiana Daniella, Conseiller
Madame RAVAOMANANIRINA Rachelle, Conseiller

-MEMBRES-

En présence de Monsieur RAKOTONIRAINY Andry Rantoarivelo, Substitut Général, au banc du Ministère Public ;
Avec l'assistance de Maître ANDRIAMANDIMBIARISOA Helinjaka Nirina, Greffier en chef tenant la plume ;
S'est réunie et a rendu en Chambre de Conseil l'Arrêt dont la teneur suit :

Vu la procédure suivie contre :
**MINISTERE PUBLIC**
**CONTRE**
**1.  MIRELA COMANICIU**
**2.  Paul David HINKS**
**Inculpés de : abus de biens sociaux et complicité./-**
Lecture faite des pièces du dossier :
Ouï Madame le Conseiller RAZAFIMAHERY Daniella, en son rapport ;
Monsieur le Substitut Général, en ses réquisitions ;
Après en avoir délibéré conformément à la loi ;

LA COUR,

Vu l'ordonnance de non-lieu partiel du juge d'instruction en date du 29 novembre 2022 du Pôle Anti-Corruption d'Antananarivo ;

1

Vu la déclaration d'appel n° 196 du 02 décembre 2022 faite par Maître Alhaj AODI substituant Maître Philippe DISAINE RAKOTONDRAMBOAHOVA, Avocat à la Cour, Conseil de MIRELA COMANICIU et de Paul David HINKS ;

Vu les dispositions de l'article 320 du code de procédure pénale ;

Vu les réquisitions écrites et signées du 13 décembre 2022 de Monsieur le Substitut Général, agissant pour le chef du Ministère Public du second degré du Pôle anti-corruption d'Antananarivo, tendant à ce qu'il plaise à la Cour ;

*EN LA FORME :*

*Attendu qu'en application de l'article 320 du code de procédure pénale, l'ordonnance de renvoi devant le tribunal correctionnel ne fait pas partie des ordonnances auxquelles le prévenu peut faire appel ;*

*Que par conséquent, il convient de déclarer l'appel irrecevable ;*

*EN LA FORME :*

- *Déclarer l'appel irrecevable ;*
- *Réserver les fond et dépens ;*

**\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\***

**EN LA FORME :**

Par déclaration n° 196 du 02 décembre 2022, Maître Philippe DISAINE RAKOTONDRAMBOAHOVA, Avocat à la Cour, conseil des inculpés MIRELA COMANICIU et PAUL HINKS a interjeté appel contre l'ordonnance de non-lieu partiel, de requalification et de renvoi devant le tribunal correctionnel, rendue le 29 novembre 2022 par le Doyen des Juges d'instruction du Pôle anti-corruption d'Antananarivo ;

Attendu que l'appel contre l'ordonnance précitée ne figure pas dans la liste des ordonnances susceptibles d'appel par l'inculpé, énumérées par l'article 320 du code de procédure pénale ;

Qu'il y a lieu de déclarer l'appel irrecevable ;

# PAR CES MOTIFS

Statuant en chambre de conseil, devant la Chambre d'accusation ;

**EN LA FORME :**

- Déclare l'appel des inculpés MIRELA COMANICIU et PAUL HINKS irrecevable ;
- Réserve les fond et dépens ;

Ainsi jugé et prononcé en Chambre de Conseil les jour, mois et an que dessus ;

·Et la minute du présent arrêt a été signée par le Président et le Greffier ;

---------------------------SUIVENT LES SIGNATURES---------------------------
« POUR EXPEDITION CERTIFIEE CONFORME »
Antananarivo, le



28 DEC 2022

LE GREFFIER EN CHEF
DU SECOND DEGRÉ

ANDRIAMANDIMBIARISOA Helinjaka
Nirina

2